Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
Michael D. Daudt, CSB #161575
Email:  mdaudt@tmdwlaw.com
Mary B. Reiten, CSB #203412
Email:  mreiten@tmdwlaw.com
Whitney B. Stark, CSB #234863
Email:  wstark@tmdwlaw.com
TERRELL MARSHALL DAUDT
   & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 358-3528

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE, DENNING, INC., d/b/a PRACTICE PERFORMANCE GROUP; and GREGORY CHICK, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CAPITAL ALLIANCE GROUP; and NARIN CHARANVATTANAKIT,<br><br>        Defendants. | NO. 3:13-cv-02654-BAS-WVG<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed:  11/5/13<br><br>Honorable Cynthia Bashant<br><br>DATE:          October 20, 2014<br>TIME:          10:30 a.m.<br>COURTROOM: 4B, 4th Fl. Schwartz<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO:    ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF
       RECORD:

       PLEASE TAKE NOTICE that on Monday, October 20, 2014, at
10:30 a.m., or as soon thereafter as can be heard, Plaintiffs Bee, Denning, Inc. and
Gregory Chick will and hereby do move this Court for an order granting class
certification. **No oral argument will be heard unless requested by the Court.**

       This Motion is made on the grounds that Defendants violated the
Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("47 U.S.C. § 227")
by sending unsolicited facsimile advertisements and autodialling and leaving pre-
recorded messages on cellular telephones.

       This Motion is based upon this Notice of Motion, Motion and associated
Memorandum of Authorities and Declarations in support of Plaintiffs' Motion for
Class Certification.

       RESPECTFULLY SUBMITTED AND DATED this 5th day of September,
2014.

                      TERRELL MARSHALL DAUDT
                         & WILLIE PLLC

                      BY:  /s/ Beth E. Terrell, CSB #178181
                           Beth E. Terrell, CSB #178181
                           Email: bterrell@tmdwlaw.com
                           Michael D. Daudt, CSB #161575
                           Email: mdaudt@tmdwlaw.com
                           Mary B. Reiten, CSB #203412
                           Email: mreiten@tmdwlaw.com
                           Whitney B. Stark, CSB #234863
                           Email: wstark@tmdwlaw.com
                           936 North 34th Street, Suite 300
                           Seattle, Washington 98103-8869
                           Telephone: (206) 816-6603
                           Facsimile: (206) 358-3528

                      NOTICE OF MOTION AND
                      PLAINTIFFS' MOTION FOR CLASS
                      CERTIFICATION
- 2 -                 3:13-cv-02654-BAS-WVG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stefan Coleman
Email: law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN
201 South Biscayne Boulevard, 28th Floor
Miami, Florida  33131
Telephone: (877) 333-9427
Facsimile:  (888) 498-8946

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

2      I, Beth E. Terrell, hereby certify that on September 5, 2014, I electronically

3   filed the foregoing with the Clerk of the Court using the CM/ECF system which

4   will send notification of such filing to the following:

5

6      Timothy Q. Day, CSB #188732
       Email: tday@homan-stone.com

7      HOMAN & STONE
       12 North Fifth Street

8      Redlands, California 92373
       Telephone: (909) 307-9380

9      Facsimile: (909) 793-0210

10

11      *Attorneys for Defendants*

12   DATED this 5th day of September, 2014.

13                  TERRELL MARSHALL DAUDT
                    & WILLIE PLLC

14

15

16             BY:  /s/ BETH E. TERRELL, CSB #178181
                   Beth E. Terrell, CSB #178181

17                 Email: bterrell@tmdwlaw.com

18                 936 North 34th Street, Suite 300
                   Seattle, Washington  98103-8869

19                 Telephone:  (206) 816-6603
                   Facsimile:  (206) 350-3528

20

21             *Attorneys for Plaintiffs*

22

23

24

25

26

27                            NOTICE OF MOTION AND

28                 PLAINTIFFS' MOTION FOR CLASS
                              CERTIFICATION
                   - 4 -        3:13-cv-02654-BAS-WVG