1  Beth E. Terrell, CSB #178181
   Email: bterrell@tmdwlaw.com
2  Michael D. Daudt, CSB #161575
   Email:  mdaudt@tmdwlaw.com
3  Mary B. Reiten, CSB #203412
   Email:  mreiten@tmdwlaw.com
4  Whitney B. Stark, CSB #234863
   Email:  wstark@tmdwlaw.com
5
6  TERRELL MARSHALL DAUDT
     & WILLIE PLLC
7  936 North 34th Street, Suite 300
   Seattle, Washington  98103-8869
8  Telephone:  (206) 816-6603
   Facsimile:  (206) 358-3528
9
10
   [Additional counsel appear on signature page]
11
   *Attorneys for Plaintiffs*
12

13
                  UNITED STATES DISTRICT COURT
14            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
15

16  BEE, DENNING, INC., d/b/a
    PRACTICE PERFORMANCE
17  GROUP; and GREGORY CHICK,          NO. 3:13-cv-02654-BAS-WVG
    individually and on behalf of all others
18  similarly situated,               **DECLARATION OF CAROL
                                       MINTO**
19
              Plaintiffs,              Complaint Filed:  11/5/13
20
        v.                             Honorable Cynthia Bashant
21
                                       DATE:          October 20, 2014
22  CAPITAL ALLIANCE GROUP; and        TIME:          10:30 a.m.
    NARIN CHARANVATTANAKIT,            COURTROOM: 4B, 4th Fl. Schwartz
23
              Defendants.              **NO ORAL ARGUMENT UNLESS
24                                     REQUESTED BY THE COURT**
25

26

27

28
                              DECLARATION OF CAROL MINTO
                      - 1 -           3:13-cv-02654-DMS-WVG

1     I, Carol Minto, declare as follows:

2     1.    I am over the age of eighteen and make this declaration based on

3 personal knowledge. If called to testify regarding the facts set forth below, I

4 could and would do so.

5     2.    I am founder and owner of Minto Court Reporting, a court reporting

6 service that I operate from my home. I own and operate a fax machine in my

7 home that I use for business purposes.

8     3.    Minto Court Reporting has never done business with Capital

9 Alliance or sought a business loan from Capital Alliance.

10     4.    In the spring and summer of 2014, Minto Court Reporting received

11 several unsolicited faxes advertising business loans. The faxes advertised a fast

12 and simple business loan and encouraged me to call a toll free number.

13     5.    The faxes were all nearly identical, with similar formatting, style,

14 and advertising text for business loans. Some of the faxes were from the same

15 company and some of them used different business names. For example, on

16 March 6, 2014, I received a fax from "Prompt." advertising "quick, simple, and

17 cost-effective" short term business loans. Attached hereto as Exhibit 1 is true and

18 correct copy of the fax I received from Prompt on March 6, 2014.

19     6.    On June 4, 2014, I received a fax from Snap Business Loans

20 advertising "quick, simple, and cost-effective" short term business loans.

21 Attached hereto as Exhibit 2 is true and correct copy of the fax I received from

22 Snap Business Loans on June 4, 2014. I called the primary number that appeared

23 on the fax from Snap Business Loans in large print. I called this number

24 intending to opt-out of receiving faxes.

25     7.    When the representative answered, I informed him that his company

26 was sending me unsolicited faxes regarding business loans, that I was not

27

28

DECLARATION OF CAROL MINTO
- 2 -     3:13-cv-02654-DMS-WVG

1    interested in receiving a business loan, and that I would like to be removed from

2    the list. The representative transferred me to a different individual, who informed

3    me that I would be removed from the list.

4        8.      After I requested that I no longer receive faxes, I have continued to

5    receive faxes. These faxes are very similar to the other faxes I received and

6    continue to advertise fast and simple business loans, although some of the faxes

7    use different business names.

8        9.      On June 19, 2014, I called the number listed on one of the faxes and

9    again asked to be removed from the list. I told the representative that based on

10   the number of faxes I received advertising business loans, I felt as though I was

11   being harassed. Once again, a representative transferred my call to another

12   individual, who told me that I would no longer receive faxes.

13       10.     Despite repeated requests to be removed from the list, Minto Court

14   Reporting has continued to receive faxes. These faxes are very similar to the

15   other faxes I received and continue to advertise fast and simple business loans.

16   For example, on June 30, 2014, July 8, 2014, and July 9, 2014, Minto Court

17   Reporting received unsolicited faxes advertising "fast and simple" business loans

18   from Nextday Business Loans. Attached hereto as Exhibit 3 is true and correct

19   copy of the fax I received from Nextday Business Loans on June 30, 2014, July 8,

20   2014, and July 9, 2014.

21       11.     I believe that the unsolicited faxes that Minto Court Reporting

22   receives are a nuisance, and that they interfere with vital business operations. The

23   faxes are so numerous and so frequent that I feel as though I am being harassed.

24   These faxes also waste paper and costly ink cartridges. For these reasons, I have

25   removed the paper from my fax machine. I now ask my business contacts to

26

27

28

1   notify me in advance of their intent to send faxes to Minto Court Reporting.  Only

2   then do I stock the fax machine with paper.

3          12.    It is essential to Minto Court Reporting's business that legal

4   transcripts are delivered quickly and efficiently. The junk faxes that we receive

5   clog our fax line, result in unnecessary expenses, and frustrate our ability to

6   provide our services on quick turn-around.

7          I declare under penalty of perjury under the laws of the United States that

8   the foregoing is true and correct.

9          Executed this 29th day of August, 2014 at West Haven,, Connecticut.

10

11

12                              Carol Minto
                                Carol Minto

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    DECLARATION OF CAROL MINTO
                          - 4 -          3:13-cv-02654-DMS-WVG

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on September 5, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Timothy Q. Day, CSB #188732
> Email: tday@homan-stone.com
> HOMAN & STONE
> 12 North Fifth Street
> Redlands, California 92373
> Telephone: (909) 307-9380
> Facsimile: (909) 793-0210

> *Attorneys for Defendants*

DATED this 5th day of September, 2014.

> TERRELL MARSHALL DAUDT
> & WILLIE PLLC

> By:  /s/ Beth E. Terrell, CSB #178181
> Beth E. Terrell, CSB #178181
> Email: bterrell@tmdwlaw.com
> 936 North 34th Street, Suite 300
> Seattle, Washington  98103-8869
> Telephone:  (206) 816-6603
> Facsimile:  (206) 350-3528

> *Attorneys for Plaintiffs*

DECLARATION OF CAROL MINTO
- 5 -              3:13-cv-02654-DMS-WVG

1

<u>INDEX TO EXHIBITS</u>

2

3    Exhibit 1                    Page 7

4    Exhibit 2                    Page 9

5

6    Exhibit 3                    Page 11

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# — EXHIBIT 1 —

DECLARATION OF CAROL MINTO

Aug 30 14 08:59a          Minto Court Reporting                    2039379244                    p.1

Case 3:13-cv-02654-BAS-WVG   Document 23-2   Filed 09/05/14   PageID.176   Page 8 of 14
Aug 13 14 06:47p          Minto Court Reporting                    2039379244                    p.1

# IMPORTANT FOLLOW-UP REMINDER
## PREAPPROVED $50,750.00 ALL-PURPOSE BUSINESS FUNDING

www.promptfund.com



**PreQualification Code:** PQ4-35712
Valid From: Thursday, March 6th, 2014

---

## PREAPPROVED $50,750.00 ALL-PURPOSE BUSINESS LOAN

---

This is a follow-up reminder that we still have your business preapproved for an **All-Purpose Business Loan**. Please contact us at **800-763-9693** to discuss your financing needs and get a quick, no-obligation **free quote**.

This preapproval is based on your annual sales, satisfactory business credit rating and payment history on previous business financing. Funding is unsecured and can be used for anything from inventory, marketing, or just general working capital.

- **Funding in as fast as 3 business days**
- **Loans from $5,000.00 to $250,000.00 per location**
- **Flexible terms from 3 – 24 months**
- **Quick, simple, cost-effective**

Rates are at a historic low and we want to lend! For a free quote, contact us at **800-763-9693** or visit us online at www.promptfund.com.

Client Services Division
www.promptfund.com

No longer interested? Please call18772594545 to be removed from future reminders

DECLARATION OF CAROL MINTO

- 8 -

# — EXHIBIT  2 —

DECLARATION OF CAROL MINTO

Case 3:13-cv-02654-BAS-WVG   Document 23-2   Filed 09/05/14   PageID.178   Page 10 of 14
2039379244
p.1

# MPORTANT FOLLOW-UP REMINDER
PREAPPROVED $61,000.00 ALL-PURPOSE BUSINESS FUNDING

www.snapbf.com

 Business Funding

**Client Code:** SNA-6699
**Valid From:** Wednesday, June 4, 2014

## PREAPPROVED $61,000.00 ALL-PURPOSE BUSINESS LOAN

This is a follow-up reminder that we still have your business preapproved for an **All-Purpose Business Loan**. Please contact us at **800-592-7435** to discuss your financing needs and get a quick, no-obligation **free quote.**

This preapproval is based on your annual sales, satisfactory business credit rating and payment history on previous business financing. Funding is unsecured and can be used for anything from inventory, marketing, or just general working capital.

- **Funding in as fast as 3 business days**
- **Loans from $5,000.00 to $250,000.00 per location**
- **Flexible terms from 3 – 24 months (Up to 60 months for equipment)**
- **Quick, simple, cost-effective**

Rates are **at a historic low and we want to lend!** For a free quote, contact us at **800-592-7435** or visit us online at www.snapbf.com.

Client Service Team
www.snapbf.com

*Three Day Loan*

*888 624 1303*

*fax 888 331 2508*

*881 W. State St, Ste 140-323*
*Pleasant Grove, UT 84062*

No longer interested? Please call **865-829-1119** to be removed from future reminders.

*Contact@Insiderscash.com*

DECLARATION OF CAROL MINTO

# — EXHIBIT 3 —

DECLARATION OF CAROL MINTO

**NEXTDAY** BUSINESS LOANS

MO./DAY/YEAR

6/30/2014

CLIENT CODE:
2133D

FUNDING
AMOUNT: Fifty Thousand Dollars and 00/100 ******************************

DOLLARS

| DOLLARS | CENTS |
|---|---|
| ***$50,000 | .00 |

TO:   Small Business Owner
      United States of America

SPECIMEN - NON-NEGOTIABLE - NOT A CHECK

# *NEW* FOR 2014 - ALL-PURPOSE BUSINESS FUNDING

**Time is money.** We offer a <u>fast and simple</u> alternative to traditional bank financing. Our cutting edge technology allows us to approve loans quickly and get you the capital to push your business forward.

| Loan Size | $5,000.00 - $250,000.00 |
|---|---|
| Terms | 6-18 months |
| Security | No collateral needed |
| Timing | Approval in 24 hours; Funding in 2 business days |
| Qualifications | Min. 500 credit score; At least 1 year time in business |
| Details | *True* Business Loan; *NOT* a Merchant Cash Advance |

**CALL NOW TO SPEAK WITH A FINANCE SPECIALIST:**          **1-800-790-8031**

Our mission is to provide capital for small businesses when traditional lenders are not.  Our clients use our capital to fund anything from inventory to renovations, temporary cash flow to marketing... Take advantage of our <u>working capital</u> for anything to push your business forward!

**Recently Funded Transactions** (As of Monday, June 23, 2014):
$35,000.00 - Restaurant - Oceanside, CA - To prepare for busy season
$10,000.00 - Restaurant/Café - Indianapolis, IN - For additional marketing
$55,000.00 - HVAC Contractor - Morganton, NC - For material to take on new jobs
$75,000.00 - Retail Store Boutique - Irvine, CA - For additional inventory
$40,000.00 - Auto Repair Shop - Houston, TX - For additional marketing
$25,000.00 - Bakery/Deli - Portland, OR - For store improvements and remodeling
$67,200.00 - Optometrist - Orlando, FL - For additional employees

**Visit us online at www.nextdayfund.com**

No longer interested?  Please call 1 888 350 3766 to be removed from future notices.

DECLARATION OF CAROL MINTO



**NEXTDAY**
BUSINESS LOANS

MO./DAY/YEAR
07/08/2014

CLIENT CODE:
2133D

| | DOLLARS | CENTS |
|---|---|---|
| FUNDING AMOUNT: Fifty Thousand Dollars and 00/100 *********************************** DOLLARS | ***$50,000 | .00 |

TO:   Small Business Owner
       United States of America



SPECIMEN - NON-NEGOTIABLE - NOT A CHECK

---

# *NEW* FOR 2014 - ALL-PURPOSE BUSINESS FUNDING

**Time is money.** We offer a <u>fast and simple</u> alternative to traditional bank financing. Our cutting edge technology allows us to approve loans quickly and get you the capital to push your business forward.

| Loan Size | $5,000.00 - $250,000.00 |
|---|---|
| Terms | 6-18 months |
| Security | No collateral needed |
| Timing | Approval in 24 hours; Funding in 2 business days |
| Qualifications | Min. 500 credit score; At least 1 year time in business |
| Details | *True* Business Loan; *NOT* a Merchant Cash Advance |

**CALL NOW TO SPEAK WITH A FINANCE SPECIALIST:**       `1-800-816-7013`

Our mission is to provide capital for small businesses when traditional lenders are not. Our clients use our capital to fund anything from inventory to renovations, temporary cash flow to marketing...Take advantage of our <u>working capital</u> for anything to push your business forward!

**Recently Funded Transactions (As of Tuesday, July 8, 2014):**
```
$35,000.00 - Restaurant - Oceanside, CA - To prepare for busy season
$10,000.00 - Restaurant/Café - Indianapolis, IN - For additional marketing
$55,000.00 - HVAC Contractor - Morganton, NC - For material to take on new jobs
$75,000.00 - Retail Store Boutique - Irvine, CA - For additional inventory
$40,000.00 - Auto Repair Shop - Houston, TX - For additional marketing
$25,000.00 - Bakery/Deli - Portland, OR - For store improvements and remodeling
$67,200.00 - Optometrist - Orlando, FL - For additional employees
```

## Visit us online at www.nextdayfund.com

No longer interested? Please call **866-829-1119** to be removed from future notices.

DECLARATION OF CAROL MINTO

Aug 30 14 09:07a    Minto Court Reporting                    2039379244              p.1

Case 3:13-cv-02654-BAS-WVG  Document 23-2  Filed 09/05/14  PageID.182  Page 14 of 14
Aug 13 14 07:17p    Minto Court Reporting                    2039379244              p.1



**NEXTDAY**
BUSINESS LOANS

MO./DAY/YEAR
7/9/2014

CLIENT CODE:
2133D

| | DOLLARS | CENTS |
|---|---|---|
| FUNDING AMOUNT: Fifty Thousand Dollars and 00/100 ***************************** DOLLARS | ***$50,000 | .00 |

TO:  Small Business Owner
United States of America

SPECIMEN · NON-NEGOTIABLE - NOT A CHECK

# *NEW* FOR 2014 - ALL-PURPOSE BUSINESS FUNDING

Time is money. We offer a fast and simple alternative to traditional bank financing. Our cutting edge technology allows us to approve loans quickly and get you the capital to push your business forward.

| Loan Size | $5,000.00 - $250,000.00 |
|---|---|
| Terms | 6-18 months |
| Security | No collateral needed |
| Timing | Approval in 24 hours; Funding in 2 business days |
| Qualifications | Min. 500 credit score; At least 1 year time in business |
| Details | *True* Business Loan; *NOT* a Merchant Cash Advance |

**CALL NOW TO SPEAK WITH A FINANCE SPECIALIST:**   `1-800-790-8031`

Our mission is to provide capital for small businesses when traditional lenders are not. Our clients use our capital to fund anything from inventory to renovations, temporary cash flow to marketing... Take advantage of our working capital for anything to push your business forward!

Recently Funded Transactions (As of Monday, June 23, 2014):
$35,000.00 – Restaurant – Oceanside, CA – To prepare for busy season
$10,000.00 – Restaurant/Café – Indianapolis, IN – For additional marketing
$55,000.00 – HVAC Contractor – Morganton, NC – For material to take on new jobs
$75,000.00 – Retail Store Boutique – Irvine, CA – For additional inventory
$40,000.00 – Auto Repair Shop – Houston, TX – For additional marketing
$25,000.00 – Bakery/Deli – Portland, OR – For store improvements and remodeling
$67,200.00 – Optometrist – Orlando, FL – For additional employees

**Visit us online at www.nextdayfund.com**

No longer interested? Please call 1 888 266 0196 to be removed from future notices.

DECLARATION OF CAROL MINTO
- 14 -