Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
Michael D. Daudt, CSB #161575
Email: mdaudt@tmdwlaw.com
Mary B. Reiten, CSB #203412
Email: mreiten@tmdwlaw.com
Whitney B. Stark, CSB #234863
Email: wstark@tmdwlaw.com
TERRELL MARSHALL DAUDT
  & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 358-3528

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE, DENNING, INC., d/b/a PRACTICE PERFORMANCE GROUP; and GREGORY CHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ALLIANCE GROUP; and NARIN CHARANVATTANAKIT,<br><br>Defendants. | NO. 3:13-cv-02654-BAS-WVG<br><br>**DECLARATION OF CLYDE L. GRIFFEY**<br><br>Complaint Filed: 11/5/13<br><br>DEMAND FOR JURY TRIAL<br><br>Honorable Cynthia Bashant |

I, Clyde L. Griffey, declare as follows:

1. I am over the age of eighteen and make this declaration based on personal knowledge. If called to testify regarding the facts set forth below, I could and would do so.

2. I am a veteran of the United States Marines and the United States Army, and a retired Federal Government employee. I own and operate a fax machine in my home for personal and household use. I do not operate a business, nor do I conduct business-related activities from my home.

3. My personal privacy is important to me and I consider unsolicited faxes and telephone calls to be a nuisance. For example, my cellular and residential telephone numbers are listed on the national "Do Not Call" registry.

4. In the spring and summer of 2014, I received several unsolicited faxes advertising business loans. The faxes advertised a fast and simple business loan and encouraged me to call a toll free telephone number.

5. The faxes were all nearly identical, with similar formatting, style, logo design, and advertising text for business loans. Some of the faxes were from the same company and some of them used different business names and logos.

6. On June 3, 2014, June 18, 2014, and June 19, 2014, I called the opt-out number provided at the bottom of one of these faxes. I entered my ten-digit fax number to opt-out of receiving faxes. The prerecorded message stated that my number would be removed from the list.

7. After I requested that I no longer receive faxes, I have continued to receive faxes. These faxes are very similar to the other faxes I received and continue to advertise fast and simple business loans, although some of the faxes use different business names. For example, on July 24, 2014, I received a fax advertising business loans from "Nextday Business Loans." Attached hereto as

1 | Exhibit 1 is a true and correct copy of the fax that I received from Nextday
2 | Business Loans on July 24, 2014.
3 |     I declare under penalty of perjury under the laws of the United States that
4 | the foregoing is true and correct.
5 |     Executed this 13th day of August, 2014 at Federal Way, Washington.

Clyde L. Griffey

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on September 5, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Timothy Q. Day, CSB #188732
>Email: tday@homan-stone.com
>HOMAN & STONE
>12 North Fifth Street
>Redlands, California 92373
>Telephone: (909) 307-9380
>Facsimile: (909) 793-0210

*Attorneys for Defendants*

DATED this 5th day of September, 2014.

>TERRELL MARSHALL DAUDT
>& WILLIE PLLC
>
>
>By: /s/ Beth E. Terrell, CSB #178181
>     Beth E. Terrell, CSB #178181
>     Email: bterrell@tmdwlaw.com
>     936 North 34th Street, Suite 300
>     Seattle, Washington 98103-8869
>     Telephone: (206) 816-6603
>     Facsimile: (206) 350-3528

*Attorneys for Plaintiffs*

DECLARATION OF CLYDE L. GRIFFEY
- 4 -                    3:13-cv-02654-DMS-WVG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>INDEX TO EXHIBITS</u>

Exhibit 1                                    Page 6

# — EXHIBIT 1 —



| | | | MO./DAY/YEAR | | CLIENT CODE: |
|---|---|---|---|---|---|
| | | | 7/24/2014 | | 2133D |

| | | | | DOLLARS | CENTS |
|---|---|---|---|---|---|
| FUNDING AMOUNT: | Fifty Thousand Dollars and 00/100 ****************************** | | DOLLARS | ***$50,000 | .00 |

TO:  Small Business Owner
United States of America

SPECIMEN - NON-NEGOTIABLE - NOT A CHECK

## *NEW* FOR 2014 - ALL-PURPOSE BUSINESS FUNDING

**Time is money.** We offer a <u>fast and simple</u> alternative to traditional bank financing. Our cutting edge technology allows us to approve loans quickly and get you the capital to push your business forward.

| Loan Size | $5,000.00 - $250,000.00 |
|---|---|
| Terms | 6-18 months |
| Security | No collateral needed |
| Timing | Approval in 24 hours; Funding in 2 business days |
| Qualifications | Min. 500 credit score; At least 1 year time in business |
| Details | *True* Business Loan; *NOT* a Merchant Cash Advance |

CALL NOW TO SPEAK WITH A FINANCE SPECIALIST:   `1-800-823-8064`

Our mission is to provide capital for small businesses when traditional lenders are not. Our clients use our capital to fund anything from inventory to renovations, temporary cash flow to marketing... Take advantage of our <u>working capital</u> for anything to push your business forward!

Recently Funded Transactions (As of Tuesday, July 22, 2014):
$35,000.00 - Restaurant - Oceanside, CA - To prepare for busy season
$10,000.00 - Restaurant/Café - Indianapolis, IN - For additional marketing
$55,000.00 - HVAC Contractor - Morganton, NC - For material to take on new jobs
$75,000.00 - Retail Store Boutique - Irvine, CA - For additional inventory
$40,000.00 - Auto Repair Shop - Houston, TX - For additional marketing
$25,000.00 - Bakery/Deli - Portland, OR - For store improvements and remodeling
$67,200.00 - Optometrist - Orlando, FL - For additional employees

Visit us online at www.nextdayfund.com

No longer interested?  Please call **888 266 0196** to be removed from future notices.

DECLARATION OF CLYDE L. GRIFFEY
- 7 -