Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
Michael D. Daudt, CSB #161575
Email:  mdaudt@tmdwlaw.com
Mary B. Reiten, CSB #203412
Email:  mreiten@tmdwlaw.com
Whitney B. Stark, CSB #234863
Email:  wstark@tmdwlaw.com
TERRELL MARSHALL DAUDT
  & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 358-3528

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE, DENNING, INC., d/b/a PRACTICE PERFORMANCE GROUP; and GREGORY CHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ALLIANCE GROUP; and NARIN CHARANVATTANAKIT,<br><br>Defendants. | NO. 3:13-cv-02654-BAS-WVG<br><br>**DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed:  11/5/13<br><br>Honorable Cynthia Bashant<br><br>DATE:            October 20, 2014<br>TIME:            10:30 a.m.<br>COURTROOM: 4B, 4th Fl. Schwartz<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

I, Beth E. Terrell, declare as follows:

1.      I am a member of the law firm of Terrell Marshall Daudt & Willie PLLC ("TMDW"), counsel of record for Plaintiffs in this matter.  I am admitted to practice before this Court and am a member in good standing of the bars of the States of California and Washington.  I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned case. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called on to do so.

2.      TMDW is a law firm in Seattle, Washington, that focuses on complex civil and commercial litigation with an emphasis on consumer protection, product defect, employment, wage and hour, real estate, and personal injury matters.  The attorneys of TMDW have extensive experience in class actions, collective actions, and other complex matters.  They have been appointed lead or co-lead class counsel in numerous cases at both the state and federal level. They have prosecuted a variety of multi-million-dollar consumer fraud, wage and hour, securities fraud, and product defect class actions.  The defendants in these cases have included companies such as Wal-Mart, Microsoft, Best Buy, Toyota, Sallie Mae, Comcast, ABM Industries, Inc., AT&T, T- Mobile USA, Weyerhaeuser, Behr Products, American Cemwood, Bank of America, Discover Financial Services, Chase, Capital One, and HSBC.

3.      TMDW has actively and successfully litigated class action lawsuits under the Telephone Consumer Protection Act.  TMDW has taken the lead in some of the largest nationwide class actions filed under the TCPA, including those filed against large financial institutions such as Sallie Mae, Bank of America, Chase, Discover Financial Services, Capital One, and HSBC.  I have

DECLARATION OF BETH E. TERRELL
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
- 2 -                          3:13-cv-02654-BAS-WVG

been appointed co-lead counsel in two of the largest pending MDLs involving TCPA claims, *In re Capital One Telephone Consumer Protection Act Litigation*, 1:12-cv-10064 (N.D. Illinois), and *In re Monitronics International, Inc. Telephone Consumer Protection Act Litigation*, MDL No. 1:13-MD-2493 (N.D. W. Va).

4.      TMDW is litigating or has recently settled the following TCPA class actions:

- *In re Capital One Telephone Consumer Protection Act Litigation*—Filed on behalf of consumers who received automated, pre-recorded collection telephone calls on their cellular telephone without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* I serve as court-appointed Interim Co-Lead Counsel; preliminary approval of $75,455,098.74 settlement granted on July 29, 2014.

- *Rose, et al. v. Bank of America Corp., et al.*—Filed on behalf of consumers who received automated, pre-recorded collection telephone calls on their cellular telephone without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* TMDW worked to negotiate a nationwide settlement of $32,083,905, which was recently granted final approval.

- *Gehrich v. Chase Bank USA*—Filed on behalf of consumers who received automated, pre-recorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* TMDW worked to negotiate a $34,000,000 nationwide settlement; final approval is pending.

DECLARATION OF BETH E. TERRELL
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
- 3 -                3:13-cv-02654-BAS-WVG

- *Wilkins, et al. v. HSBC Bank Nevada, N.A., et al.*—Filed on behalf of individuals alleging that HSBC made pre-recorded calls using an automatic dialing system. The case settled for $39,975,000 in 2014 on a class-wide basis and final approval is pending.

- *In re Monitronics International, Inc. Telephone Consumer Protection Act Litigation*—Filed on behalf consumers who received automated, prerecorded solicitation telephone calls on their residential and business telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*., the Washington Automatic Dialing and Announcing Device statute, RCW 80.36.400, and the Washington Consumer Protection Act, RCW 19.86 *et seq*.  I serve as co-lead counsel in the MDL.

- *Arthur v. Sallie Mae, Inc.*—Filed on behalf of consumers who received automated, pre-recorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*.  TMDW worked to negotiate a $24.15 million nationwide settlement, and final approval was granted in 2012.

- *Hanley v. Fifth Third Bank*—Filed on behalf of consumers who received automated, pre-recorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*.  TMDW negotiated a $4.5 million settlement, which was granted final approval in December 2013.

- *Steinfeld v. Discover Financial Services, et al.*—Filed on behalf of consumers who received automated, pre-recorded collection telephone calls on their cellular

DECLARATION OF BETH E. TERRELL
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
- 4 -                    3:13-cv-02654-BAS-WVG

telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. TMDW negotiated an $8.7 million settlement which was granted final approval in March, 2014.

- *Chesbro v. Best Buy*—Filed on behalf of consumers who received automated, pre-recorded solicitation telephone calls on their residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. TMDW negotiated a $4.5 million settlement, which is currently pending final approval.

5.      TMDW is currently litigating or has recently settled the following class actions:

- *Milligan, et al. v. Toyota Motor Sales, Inc.*—Filed in 2009 on behalf of owners of 2001-2003 Toyota RAV4s containing defective Electronic Computer Modules, which cause harsh shifting conditions and permanent damage to the transmissions.  TMDW worked to negotiate a nationwide class action settlement, and final approval was granted in January 2012.

- *Soto v. American Honda Motor Corporation*—Filed in 2012 on behalf of owners and lessees of 2008-2010 Honda Accords that consume motor oil at a much higher rate than intended, due to a systemic design defect. The case settled on a class-wide basis and final approval was granted in March, 2014.

- *Kitec Consolidated Cases*—Served as co-counsel in a national class action lawsuit against the manufacturers of defective hydronic heating and plumbing systems.  The case settled for $125,000,000, and final approval was granted in 2011.

DECLARATION OF BETH E. TERRELL
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
- 5 -                    3:13-cv-02654-BAS-WVG

- *Smith v. Legal Helpers Debt Resolution LLC*—Filed in 2011 on behalf of consumer who were charged excessive fees for debt adjusting services in violation of Washington law.  Class settlements were approved by the Court in December 2012 and December 2013.

- *Brown v. Consumer Law Associates LLC, et al.*—Filed in 2011 on behalf of consumers who were charged excessive fees for debt adjusting services in violation of Washington law.  A class settlement was approved by the Court in 2013.

- *Bronzich, et al. v. Persels & Associates, LLC, et al.*— Filed in 2010 on behalf of consumers who were charged excessive fees for debt adjusting services in violation of Washington law.  A class settlement was approved by the Court in 2013.

- *Newell v. Home Care of Washington, Inc., et al.* — TMDW represents a certified class of more than 400 in-home health care workers who allege violations of state wage and hour law.  Trial is set for December 2014.

- *Hill v. Xerox Business Services, LLC, et al., and Douglas v. Xerox Business Services, LLC, et al.*—TMDW represents two certified classes of current and former call center workers who allege violations of state and federal wage and hour laws.  Both cases were filed in 2012 and are pending in the United States District Court for the Western District of Washington.

- *Dickerson v. Cable Communications, Inc., et al.*—Filed in 2012 on behalf of approximately 500 individuals alleging their employer violated Oregon's wage and hour laws.  Defendants' systematic scheme of wage and hour violations involved, among other things, failure to pay non-managerial installation technicians for all hours

DECLARATION OF BETH E. TERRELL
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
3:13-cv-02654-BAS-WVG

worked, including overtime.  The case settled on a class-wide basis, and approval was granted in 2013.

- *Khadera v. ABM Industries, Inc.*—TMDW represented 337 employees who alleged violations of federal and state wage and hour laws.  The case settled, and final approval was granted in 2012.

- *Simpson v. ABM Industries, Inc.*—TMDW represented a CR 23 class of approximately 6,800 employees who alleged Washington State wage and hour violations.  The case settled in March 2012, and final approval of the settlement was granted in September 2012.

- *Barnett, et al. v. Wal-Mart Stores, Inc.*—Filed in 2001 on behalf of Washington employees alleging wage and hour violations by the country's largest private employer.  After more than seven years of litigation, TMDW obtained a settlement of $35 million on behalf of a certified class of approximately 88,000 employees.  The settlement was approved in July 2009.

- *McGinnity, et al. v. AutoNation, Inc., et al.*—TMDW represented a certified class of more than 500 employees who were denied earned vacation benefits.  After nearly two years of litigation before an arbitrator, we obtained an award of $2.34 million on behalf of the class.  We successfully defended the award on appeal, and the Washington Supreme Court denied defendants' petition for review.  A judgment in excess of $2,600,000 was satisfied in September 2009.

- *Ramirez, et al. v. Precision Drywall, Inc.*—TMDW represented a certified class of workers who alleged they were not paid for overtime work.  The case was tried before a jury during a five-week period in 2010, and TMDW successfully obtained a judgment for the workers

in excess of $4,000,000.  TMDW continues to work on enforcing the judgment against multiple defendants.

6.    I am the lead attorney from TMDW in the instant litigation.  A founding member of TMDW, I concentrate my practice in complex litigation, including the prosecution of consumer, defective product, and wage and hour class actions.  I have served as co-lead counsel on numerous multi-state and nationwide class actions.  I also handle a variety of employment issues including employment discrimination, restrictive covenant litigation, and pre-litigation counseling and advice.

7.    I received a B.A., magna cum laude, from Gonzaga University in 1990.  In 1995, I received my J.D. from the University of California, Davis School of Law, Order of the Coif.  Prior to forming TMD in May 2008, I was a member of Tousley Brain Stephens PLLC.  I am a frequent speaker at legal conferences on a wide variety of topics including consumer class actions, employment litigation, and electronic discovery, and I have been awarded an "AV" rating in Martindale Hubble by my peers.

8.    I am actively involved in several professional organizations and activities.  For example, I currently serve as a Vice President for the Washington State Association of Justice ("WSAJ"), and serve on the WSAJ Executive Committee.  I am also the current Chair of the WSAJ's Consumer Protection Section.  I am the current Vice Chair of the Washington Employment Lawyers Association and a member of the Public Justice Foundation's Board of Directors. I serve on the Foundation's Development, Case Evaluation, Membership, and Class Action Preservation Committees.

9.    I have been repeatedly named to the annual Washington Super Lawyers list (2005, 2010, 2011, 2012, 2013, and 2014) by Washington Law &

DECLARATION OF BETH E. TERRELL
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
3:13-cv-02654-BAS-WVG

Politics Magazine.  I was also named to their Top 100 Washington Super Lawyers list (2014) and their Top 50 Women Super Lawyers list (2012, 2013 and 2014).

10.     Mary B. Reiten is a member of TMDW.  Ms. Reiten received her B.A. with high honors from the University of California, Berkeley in 1991 and graduated from the University of California, Hastings College of Law in 1998. Prior to joining TMDW, Ms. Reiten was a member of Tousley Brain Stephens PLLC.  Ms. Reiten was also an associate at Lieff Cabraser Heiman & Bernstein for one year and clerked for the superior courts of Sitka, Alaska and San Francisco, California.  Ms. Reiten has represented plaintiffs in several consumer class actions, including *Spafford v. EchoStar*; *Hartman, et al. v. Comcast*; *Richison v. American Cemwood Corp.; Zwicker et al. v. General Motors Corporation;* and *Trimble v. Holmes Harbor Sewer District, et al*.  In 2004, Ms. Reiten was named a Washington "Rising Star" by Washington Law & Politics magazine.

11.     Whitney B. Stark is an associate at TMDW.  Ms. Stark received her B.A. from Vassar College and graduated from the University of California, Hastings College of Law.  Ms. Stark is a member of the bar of the states of California, Washington and Oregon.  Ms. Stark has extensive experience in complex litigation, including consumer, employment and civil rights cases. Her practice emphasizes consumer protection and employment class actions, including complex wage and hour litigation, employment discrimination, unfair competition, misrepresentation and fraudulent activities.

12.     Prior to joining TMDW, Ms. Stark was an associate at Rukin, Hyland, Doria & Tindall and at the Sturdevant Law Firm where she focused on

DECLARATION OF BETH E. TERRELL
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
3:13-cv-02654-BAS-WVG

1  employment and high-impact consumer rights class actions. Ms. Stark has also

2  litigated fair housing and predatory lending cases at the Fair Housing Law

3  Project. Ms. Stark served as a judicial extern to the Honorable Magistrate Edward

4  Chen of the United States District Court for the Northern District of California.

5       13.    TMDW is jointly prosecuting this proposed class action with the

6  Law Offices of Stefan Coleman, PLLC.  Mr. Coleman is a graduate of the

7  University of Virginia and the University of Miami School of Law.  Mr. Coleman

8  is a member of the bar of the states of New York, New Jersey, and Florida.  Mr.

9  Coleman's practice focuses on protecting consumer's privacy rights and from

10 false advertisements and product defects.  Mr. Coleman has prosecuted the

11 following class actions:

12       &bull;  *Love v. IdeaVillage Products Corp et al*, a consumer class
13          action in which purchasers could recover a full refund for
14          their purchase of an alleged defective product sold by the
15          defendant. This case resulted in the defendant changing its
          business practice.

16       &bull;  *Xexo v. iRenew Bio Energy Solutions et al*, a consumer class
17          action in which purchasers of the iRenew bracelet recovered
          for the alleged false advertising by the defendant.

18       &bull;  *In re Jiffy Lube,* a Telephone Consumer Protection Act case
19          that resulted in a $40 million recovery for consumers for the
20          unsolicited text message advertising. Several major issues of
21          law were settled in this case resulting in a massive victory
          for consumers.

22       &bull;  *Pimental v. Google Inc.*, a Telephone Consumer Protection Act case
23          that resulted in a $6 million settlement for consumers who received a
24          text message from Google's Slide app.

25

26                                  DECLARATION OF BETH E. TERRELL
27                                IN SUPPORT OF PLAINTIFFS'
28                                MOTION FOR CLASS
                                 CERTIFICATION

- 10 -                 3:13-cv-02654-BAS-WVG

1    14.    TMDW, along with the Law Offices of Stefan Coleman, has invested

2  numerous hours and advanced significant costs into the investigation and

3  prosecution of this case, and we have the ability and intention to continue to

4  pursue the case to a successful conclusion.

5    I declare under penalty of perjury under the laws of the State of California

6  and the United States of America that the foregoing is true and correct.

7    Executed this 5th day of September, 2014 at Seattle, Washington.

8

9
     /s/ Beth E. Terrell, CSB #178181
10   Beth E. Terrell, CSB #178181

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                  DECLARATION OF BETH E. TERRELL
27                                  IN SUPPORT OF PLAINTIFFS'
                                    MOTION FOR CLASS
28                                  CERTIFICATION
                  - 11 -            3:13-cv-02654-BAS-WVG

1

<u>CERTIFICATE OF SERVICE</u>

2

    I, Beth E. Terrell, hereby certify that on September 5, 2014, I electronically

3

filed the foregoing with the Clerk of the Court using the CM/ECF system which

4

will send notification of such filing to the following:

5

        Timothy Q. Day, CSB #188732

6

        Email: tday@homan-stone.com
        HOMAN & STONE

7

        12 North Fifth Street

8

        Redlands, California 92373
        Telephone: (909) 307-9380

9

        Facsimile: (909) 793-0210

10

11

        *Attorneys for Defendants*

12

    DATED this 5th day of September, 2014.

13

            TERRELL MARSHALL DAUDT
              & WILLIE PLLC

14

15

16

        By: <u>/s/ Beth E. Terrell, CSB #178181</u>

17

           Beth E. Terrell, CSB #178181
           Email: bterrell@tmdwlaw.com

18

           936 North 34th Street, Suite 300
           Seattle, Washington  98103-8869

19

           Telephone:  (206) 816-6603
           Facsimile:  (206) 350-3528

20

21

        *Attorneys for Plaintiffs*

22

23

24

25

26

         DECLARATION OF BETH E. TERRELL

27

         IN SUPPORT OF PLAINTIFFS'

28

          MOTION FOR CLASS
             CERTIFICATION

        3:13-cv-02654-BAS-WVG