Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
Michael D. Daudt, CSB #161575
Email: mdaudt@tmdwlaw.com
Mary B. Reiten, CSB #203412
Email: mreiten@tmdwlaw.com
Whitney B. Stark, CSB #234863
Email: wstark@tmdwlaw.com
TERRELL MARSHALL DAUDT
  & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE, DENNING, INC., d/b/a PRACTICE PERFORMANCE GROUP; and GREGORY CHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ALLIANCE GROUP; and NARIN CHARANVATTANAKIT,<br><br>Defendants. | NO. 3:13-cv-02654-BAS-WVG<br><br>**DECLARATION OF RACHEL HOOVER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: 11/5/13<br><br>DEMAND FOR JURY TRIAL<br><br>Honorable Cynthia Bashant<br><br>DATE: October 20, 2014<br>TIME: 10:30 a.m.<br>COURTROOM: 4B, 4th Fl. Schwartz<br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

1    I, Rachel E. Hoover, declare as follows:

2    1.    I am over the age of eighteen and make this declaration based on

3    personal knowledge.  I am a paralegal at Terrell Marshall Daudt & Willie PLLC.

4    I make this declaration based on my personal knowledge and in support of

5    Plaintiffs' Motion for Class Certification.  If called to testify as to the contents of

6    this declaration, I could and would competently do so.

7    2.    I personally participated in the investigation of Capital Alliance by

8    identifying the telephone service providers ("RespOrgs") that maintain the

9    registration for the toll free numbers listed on Defendants' faxes.  I also identified

10   the RespOrg for the toll free number that was identified in the robocall Mr. Chick

11   received.

12   3.    To identify the RespOrgs for the various toll free numbers, I used the

13   www.800forall.com website, which will look up the owner of a number that you

14   enter into its database.

15   4.    After I looked up the RespOrgs on www.800forall.com, I sent

16   subpoenas to each RespOrg that had been identified to determine if the RespOrg

17   still maintained the registration for the toll free number or if it had been

18   transferred or resold to another entity.

19   5.    In response to the subpoena, Phone.com, Inc. ("Phone.com")

20   identified itself as the RespOrg of the following toll free numbers:  (800) 260-

21   7494; (800) 397-0032; (800) 592-7435; (800) 903-8132; (800) 950-4042; (888)

22   999-6614; and (800) 364-6330.

23   6.    The information we received from Phone.com indicated that the toll

24   free numbers listed in paragraph 5 above all were registered to an individual

25   named "Joe Starky" with the email address clayforreal@gmail.com and the

26

27

28

DECLARATION OF RACHEL HOOVER
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
- 2 -            3:13-cv-02654-BAS-WVG

1  account "ninja100."  ("Joe Starky" will hereinafter be referred to as the "owner"
2  of these Phone.com toll free numbers.)

3      7.    Phone.com also provided us with telephone forwarding information
4  that showed each phone number that had called the toll free number and the
5  telephone number to which that call was then forwarded.

6      8.    We identified each of the numbers associated with "Joe Starky" and
7  then called each of the forwarding numbers to determine if they connected to
8  Capital Alliance.  With a few exceptions for disconnected numbers and answering
9  machine messages without any name in the message, the majority of those calls
10  did connect to Capital Alliance personnel, including as set forth in the following
11  chart.

| PHONE NUMBER TO WHICH THE CALLS WERE FORWARDED | CAPITAL ALLIANCE EMPLOYEE TO WHOM THE CALLS WERE FORWARDED | EVIDENCE THAT THE CALLS WERE FORWARDED TO CAPITAL ALLIANCE |
|---|---|---|
| (408) 636-1555 | Greg Baker, Vice President of Partner Relations | When we called this phone number, Mr. Baker identifies himself in the voicemail greeting.  I identified this phone number on Capital Alliance's Nextiva telephone bill and based on my independent research and my review of the deposition testimony of Ms. Duncan, In understand that Capital Alliance employs Mr. Baker. |
| (949) 238-6608 | Desiree Pinkney, Account Executive | When we called this phone number, Ms. Pinkney was identified in the voicemail greeting.  Based on my independent research and my review |

DECLARATION OF RACHEL HOOVER
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
- 3 -        3:13-cv-02654-BAS-WVG

| PHONE NUMBER TO WHICH THE CALLS WERE FORWARDED | CAPITAL ALLIANCE EMPLOYEE TO WHOM THE CALLS WERE FORWARDED | EVIDENCE THAT THE CALLS WERE FORWARDED TO CAPITAL ALLIANCE |
|---|---|---|
| | | of the deposition testimony of Ms. Duncan, I understand that Capital Alliance employs Ms. Pinkney. |
| (949) 238-6619 | Ben Corey, Account Executive | I identified this phone number on Mr. Corey's LinkedIn account webpage. This phone number is identified as his contact number. |
| (949) 238-6621 | Capital Alliance | When we called this phone number, a live representative identified Capital Alliance as the entity called. |
| (949) 284-0628 | Joshua LeVias, Junior Finance Consultant | When we called this phone number, Mr. LeVias was identified in the voicemail greeting by his first name. Based on my independent research and my review of the deposition testimony of Ms. Duncan, I understand that Capital Alliance employs Mr. LeVias. |
| (949) 284-0635 | Robert Lawson, Senior Account Representative | When we called this phone number, Mr. Lawson identified himself in the voicemail greeting by his first name. Based on my independent research and my review of the deposition testimony of Ms. Duncan, I understand that Capital Alliance employs or employed Mr. Lawson. |
| (949) 287-4365 | Robert Lawson, Senior Account | When we called this phone number, Mr. Lawson identified himself in the |

DECLARATION OF RACHEL HOOVER
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
3:13-cv-02654-BAS-WVG

| PHONE NUMBER TO WHICH THE CALLS WERE FORWARDED | CAPITAL ALLIANCE EMPLOYEE TO WHOM THE CALLS WERE FORWARDED | EVIDENCE THAT THE CALLS WERE FORWARDED TO CAPITAL ALLIANCE |
|---|---|---|
| | Representative | voicemail greeting.  Based on my independent research and my review of the deposition testimony of Ms. Duncan, I understand that Capital Alliance employs or employed Mr. Lawson. |
| (949) 287-4909 | Derek Johnson, Senior Business Analyst | When we called this phone number, Mr. Johnson identified himself in the voicemail greeting by his first name.  Based on my independent research and my review of the deposition testimony of Ms. Duncan, I understand that Capital Alliance employs Mr. Johnson. |
| (949) 287-4913 | Tre Robertson, Account Executive | When we called this phone number, Mr. Robertson identified himself in the voicemail greeting.  Based on my independent research and my review of the deposition testimony of Ms. Duncan, I understand that Capital Alliance employs Mr. Robertson. |
| (949) 287-4920 | Disconnected | When we called this phone number, it was disconnected.  Consumer complaints identify Capital Alliance as the owner of this phone number. |
| (949) 287-4923 | Rick Lias | When we called this phone number, Mr. Lias identified himself in the voicemail greeting by his first name.  Based on my review of the deposition |

| PHONE NUMBER TO WHICH THE CALLS WERE FORWARDED | CAPITAL ALLIANCE EMPLOYEE TO WHOM THE CALLS WERE FORWARDED | EVIDENCE THAT THE CALLS WERE FORWARDED TO CAPITAL ALLIANCE |
|---|---|---|
| | | testimony of Ms. Duncan, I understand that Capital Alliance employs Mr. Lias. |
| (949) 287-4926 | Capital Alliance | Consumer complaints identify Capital Alliance.as the owner of this phone number. |
| (949) 333-4996 | Capital Alliance | I identified this phone number on Capital Alliance's Nextiva telephone bill.  Consumer complaints identify Capital Alliance as the owner of this phone number. |
| (949) 333-4997 | Jon Clark, Sales Manager | When we called this phone number, Mr. Clark identifies himself in the voicemail greeting by his first name. Based on my independent research and my review of the deposition testimony of Ms. Duncan, I understand that Capital Alliance employs Mr. Clark.  I identified this phone number on Capital Alliance's Nextiva phone bills. |
| (949) 335-1706 | Pam Bromley, Senior Finance Consultant | When we called this phone number, Ms. Bromley identifies herself in the voicemail greeting by her first name. Based on my independent research and my review of the deposition testimony of Ms. Duncan, I understand that Capital Alliance employs Mr. Clark.  I identified this phone number on |

DECLARATION OF RACHEL HOOVER
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION

3:13-cv-02654-BAS-WVG

| PHONE NUMBER TO WHICH THE CALLS WERE FORWARDED | CAPITAL ALLIANCE EMPLOYEE TO WHOM THE CALLS WERE FORWARDED | EVIDENCE THAT THE CALLS WERE FORWARDED TO CAPITAL ALLIANCE |
|---|---|---|
| | | Capital Alliance's Nextiva phone bills. |
| (949) 373-4744 | Keith Foreman, Account Executive | When we called this phone number, Mr. Foreman identifies herself in the voicemail greeting by his first name. Based on my independent research and my review of the deposition testimony of Ms. Duncan, I understand that Capital Alliance employs Mr. Foreman. |
| (949) 382-1378 | Shannon Webb, Senior Account Executive | When we called this phone number, Ms. Webb identifies herself in the voicemail greeting by her first name. Based on my independent research and my review of the deposition testimony of Ms. Duncan, I understand that Capital Alliance employs Ms. Webb. |
| (949) 612-9903 | Tracy Sanchez, Financial Consultant, Client Services | When we called this phone number, Ms. Sanchez identifies herself in the voicemail greeting by her first name. Based on my independent research and my review of the deposition testimony of Ms. Duncan, I understand that Capital Alliance employs Ms. Sanchez. |

9.     I also called the toll free telephone number that robocalled Mr. Chick, (800) 364-6330.  I received a prerecorded message stating:  "If you are calling about our working capital programs, press 1, now.  If you are looking for

financing for new or used equipment, press 2.  To be removed from our marketing list, press 9."  I pressed 1 and was connected to a live representative.  Again, I asked the representative if I had reached Capital Alliance.  The representative said yes.

10.    On July 16, 2014, my office received documents from Phone.com in response to Plaintiffs' June 23, 2014 subpoena.  These documents contained call data for the 7 toll free numbers listed in paragraph 5 above.  The call data consists of information in columns, such as caller telephone numbers, called telephone numbers, action items, dates, minutes, and costs.  Each row of the call data contains the above listed information, including a caller telephone number and action item.  Some of the action items include such information as "Forwarded to +12622998299," "Menu: General Opening," and "Voicemail Received from (XXX) XXX-XXXX."  Attached hereto as Exhibit 1 are true and correct copies of two excerpts of the above described call data.  These excerpts have been Bates labelled PHONE.COM_000170 and PHONE.COM_000736 and were produced by Plaintiffs in this matter.

11.    On July 22, 2014, my office received additional documents from Phone.com in response to Plaintiffs' June 23, 2014 subpoena.  One of these documents, PHONE.COM_000855 (hereinafter "Phone.com Call Data"), is a .CSV file that contains call data for all of the toll free telephone numbers owned by "Joe Starky."  Attached as Exhibit 2 is a true and correct copy of an excerpt from PHONE.COM_000855, which was produced by Plaintiffs in this matter.

12.    The Phone.com Call Data consists of information in columns, such as caller telephone numbers, called telephone numbers, call durations, start times, dates, and other identifying numbers and codes.  Each row of the Phone.com Call

DECLARATION OF RACHEL HOOVER
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
3:13-cv-02654-BAS-WVG

- 8 -

Data contains the above listed information, including a caller telephone number, called telephone number, and date.

13.     On July 28, 2014, I participated in a telephone conference with Phone.com's counsel, Katherine Marshall, and Phone.com's Vice President of Channel Development, Joel Maloff.  Based on this telephone conference, I was informed and now believe that the Phone.com Call Data represents all incoming calls to any toll free telephone number registered to Joe Starky and the ninja100 account.  I was also informed and now believe the following to be true:

- That "ninja100" is the name of the account registered to Joe Starky;

- That the person who set up the "ninja100" account chose that account name;

- That the "voip_id" heading on the first column of the Phone.com Call Data represents the account number to which each incoming call is charged;

- That the voip_id 14087 belongs to the ninja100/Joe Starky account;

- That the "caller_id" heading on the third column of the Phone.com Call Data represents the telephone number of the incoming caller; and

- That each row of the Phone.com Call Data spreadsheet represents one incoming call.

14.     The Phone.com Call Data contains 616,920 rows, which represent 616,920 incoming calls.

15.     In Excel, I extracted all of the call records from the Phone.com Call Data for all of the toll free telephone numbers listed on the faxes attached to the

DECLARATION OF RACHEL HOOVER
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
- 9 -                      3:13-cv-02654-BAS-WVG

1   declarations of Ms. Reiten, Mr. Strauss, Ms. Snavley, Mr. Griffey, Ms. Snavley,

2   Mr. Doud, Ms. Minto, Mr. Mitchell, Mr. Kaufman, and Mr. Longfelder.  Using

3   Excel's built-in "Count" function, I determined that there were 158,113 calls to

4   the toll free numbers listed on these faxes ("Phone.com Fax Data").

5       16.    I researched toll free numbers that were listed in the Phone.com Call

6   Data but not on the above listed faxes.  I found that there were complaints written

7   on complaint boards online, such as www.800notes.com, for the majority of these

8   toll free numbers.  I last visited this website on September 5, 2014.  Attached

9   hereto as <u>Exhibit 3</u> are true and correct excerpts of the complaints I reviewed

10  online.  These excerpts contain complaints about receiving faxes that identify

11  various Capital Alliance aliases.

12      17.    In Excel, I extracted all of the call records from the Phone.com Call

13  Data for all of the toll free numbers identified in the online complaints described

14  in paragraph 15.  Using Excel's built-in "Count" function, I determined that there

15  were 127,478 calls to the toll free numbers contained in these complaints

16  ("Phone.com Complaint Data").

17      18.    To determine the number of unique telephone numbers identified in

18  the Phone.com Fax Data and the Phone.com Complaint Data, I removed all of the

19  duplicate entries in the "caller_id" column.  To remove all of the duplicates, I

20  utilized Excel's built-in "Remove Duplicates" function.  After removing the

21  duplicates, there were 170,136 unique telephone numbers.  Based on this number

22  of unique telephone numbers, I calculated that there were at least 170,136 Class

23  members represented in the Phone.com Call Data.

24      19.    I repeated the above analysis for the toll free number that robocalled

25  Mr. Chick, (800) 364-6330.  I identified 47,456 calls to this toll free number.  I

26
27
28

DECLARATION OF RACHEL HOOVER
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
- 10 -                    3:13-cv-02654-BAS-WVG

1    removed all of the duplicate, using the process described above, and 33,406

2    unique telephone numbers.  Based on this number of unique telephone numbers, I

3    calculated that there were at least 33,406 Class members represented in the call

4    data for the toll free number that robocalled Mr. Chick.

5        20.    In addition to obtaining call data from Phone.com, we also identified

6    the RespOrg of two of the opt out numbers listed on the faxes sent by or on behalf

7    of Capital Alliance following the same process described above.  These numbers

8    are: (866) 829-1999 and (888) 261-0361.

9        21.    On July 25, 2014 and August 11, 2014, my office received

10   documents from Easton Telecom Services, LLC ("Easton"), the RespOrg of the

11   two opt out numbers, in response to Plaintiffs' July 22, 2014 and August 1, 2014

12   subpoenas.  Included in these documents are 27 .CSV files, Bates range

13   EASTON_001635-EASTON_001661, (hereinafter "Easton Call Data"), that

14   contain call data for the two opt out numbers.

15       22.    The Easton Call Data consists of information in columns, such as

16   caller telephone numbers, called telephone numbers, call durations, start times,

17   dates, and other identifying numbers and codes.  Each row of the Easton Call

18   Data contains the above listed information, including a caller telephone number,

19   called telephone number, and date.

20       23.    Attached hereto as <u>Exhibit 4</u> is a true and correct copy of an excerpt

21   from the Easton Call Data.

22       24.On July 25, 2014, I participated in a telephone conference with Easton's

23   Owner and President, Rob Mocas.  During this telephone conference, I was

24   informed of and now believe the following:

25

26                    DECLARATION OF RACHEL HOOVER

27                      IN SUPPORT OF PLAINTIFFS'

28                         MOTION FOR CLASS

                              CERTIFICATION

                    - 11 -           3:13-cv-02654-BAS-WVG

- That each row in the Easton Call Data spreadsheets represent one incoming call;

- That the "acctno" heading on the first column of the Easton Call Data represents the account number to which each incoming call is charged;

- That the "authcode" heading on the second column of the Easton Call Data represents the toll free telephone number dialed for each incoming call; and

- That the "frnum" heading on the thirteenth column of the Easton Call Data represents the telephone number of person calling the toll free telephone number.

25. The Easton Call Data contains 528,596 rows, which represent 528,596 incoming calls.

26. To determine the number of unique telephone numbers identified in the Easton Call Data, I removed all of the duplicate entries in the "frnum" column. To remove all of the duplicates, I utilized Excel's built-in "Remove Duplicates" function. After removing the duplicates, there were 388,883 unique telephone numbers. Based on this number of unique telephone numbers, I calculated that there were at least 388,883 Class members represented in the Easton Call Data.

27. To determine the total number of Class members, I merged the incoming caller columns of the Phone.com Fax Data, the Phone.com Complaint Data, and the Easton Call Data into one Excel spreadsheet. To do this, I simply copied and pasted all 158,113 rows of the "caller_id" column of the Phone.com Fax Data, all 47,546 rows of the "caller_id" column of the Phone.com Complaint Data, and all 528,596 rows of the "frnum" column of the Easton Call Data into one column of a blank Excel workbook. This resulted in 734,255 rows. I then removed all of the duplicates using Excel's built-in "Remove Duplicates"

1  function.  After removing the duplicates, there were 458,413 rows of unique

2  telephone numbers.  Based on this total number of unique telephone numbers, I

3  calculated that there were a total of at least 458,413 Junk Fax Class members.

4          I declare under penalty of perjury under the laws of the United States of

5  America that the foregoing is true and correct.

6          DATED this 4th day of September, 2014 at Seattle, Washington.

7

8          _____

9          Rachel E. Hoover

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                    DECLARATION OF RACHEL HOOVER
27                                    IN SUPPORT OF PLAINTIFFS'
                                      MOTION FOR CLASS
28                                    CERTIFICATION
                    - 13 -            3:13-cv-02654-BAS-WVG

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on September 5, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Timothy Q. Day, CSB #188732
> Email: tday@homan-stone.com
> HOMAN & STONE
> 12 North Fifth Street
> Redlands, California 92373
> Telephone: (909) 307-9380
> Facsimile: (909) 793-0210
>
> *Attorneys for Defendants*

DATED this 5th day of September, 2014.

> TERRELL MARSHALL DAUDT
> & WILLIE PLLC
>
>
> By:  /s/ Beth E. Terrell, CSB #178181
> Beth E. Terrell, CSB #178181
> Email: bterrell@tmdwlaw.com
> 936 North 34th Street, Suite 300
> Seattle, Washington  98103-8869
> Telephone:  (206) 816-6603
> Facsimile:  (206) 350-3528
>
> *Attorneys for Plaintiffs*

DECLARATION OF RACHEL HOOVER
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION
- 14 -                3:13-cv-02654-BAS-WVG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>INDEX TO EXHIBITS</u>

Exhibit 1                          Page 16

Exhibit 2                          Page 19

Exhibit 3                          Page 22

Exhibit 4                          Page 42

DECLARATION OF RACHEL HOOVER
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION

3:13-cv-02654-BAS-WVG

# — EXHIBIT  1 —

DECLARATION OF RACHEL HOOVER

CALL LOGS 800 592 7435 JUNE 2014.xls

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Caller | Callee | Action | Date | Minutes | Cost |
| 2 | (909) 386-3657 | (800) 592-7435 | Forwarded to +12622998209 | 6/30/2014 14:45 | 11 | included |
| 3 | (239) 985-5710 | (800) 592-7435 | Forwarded to +12622998209 | 6/30/2014 10:06 | 14 | included |
| 4 | (561) 638-8277 | (800) 592-7435 | Forwarded to +12622998209 | 6/30/2014 7:40 | 4 | included |
| 5 | (828) 757-3903 | (800) 592-7435 | Voicemail Received from (828) 757-3903 | 6/29/2014 14:13 | 1 | included |
| 6 | (662) 808-6569 | (800) 592-7435 | Forwarded to +12622998200 | 6/27/2014 18:16 | 1 | included |
| 7 | (269) 317-6573 | (800) 592-7435 | Voicemail Received from (269) 317-6573 | 6/27/2014 15:34 | 1 | included |
| 8 | (269) 317-6573 | (800) 592-7435 | Menu: General Opening | 6/27/2014 15:33 | 1 | included |
| 9 | (202) 821-4800 | (800) 592-7435 | Forwarded to +12622998200 | 6/27/2014 15:04 | 2 | included |
| 10 | (404) 755-8874 | (800) 592-7435 | Forwarded to +12622998209 | 6/27/2014 13:49 | 5 | included |
| 11 | (810) 238-8791 | (800) 592-7435 | Forwarded to +12622998200 | 6/27/2014 13:03 | 2 | included |
| 12 | (352) 595-7788 | (800) 592-7435 | Forwarded to +12622998209 | 6/27/2014 10:10 | 6 | included |
| 13 | (302) 266-7698 | (800) 592-7435 | Voicemail Received from (302) 266-7698 | 6/27/2014 9:51 | 1 | included |
| 14 | (770) 663-0929 | (800) 592-7435 | Voicemail Received from (770) 663-0929 | 6/27/2014 8:39 | 1 | included |
| 15 | (201) 943-2776 | (800) 592-7435 | Voicemail Received from (201) 943-2776 | 6/26/2014 18:20 | 1 | included |
| 16 | (213) 507-3400 | (800) 592-7435 | Forwarded to +12622998209 | 6/26/2014 15:27 | 6 | included |
| 17 | (305) 681-5932 | (800) 592-7435 | Voicemail Received from (305) 681-5932 | 6/26/2014 12:33 | 1 | included |
| 18 | (862) 216-7810 | (800) 592-7435 | Forwarded to +12622998200 | 6/26/2014 12:15 | 4 | included |
| 19 | (303) 721-8877 | (800) 592-7435 | Forwarded to +12622998209 | 6/26/2014 10:55 | 10 | included |
| 20 | (704) 845-0510 | (800) 592-7435 | Voicemail Received from (704) 845-0510 | 6/26/2014 10:19 | 6 | included |
| 21 | (810) 834-1598 | (800) 592-7435 | Forwarded to +12622998200 | 6/26/2014 10:09 | 11 | included |
| 22 | (510) 223-8659 | (800) 592-7435 | Forwarded to +12622998209 | 6/26/2014 10:09 | 8 | included |
| 23 | (573) 443-2273 | (800) 592-7435 | Forwarded to +12622998209 | 6/26/2014 9:56 | 9 | included |
| 24 | (201) 825-0384 | (800) 592-7435 | Menu: General Opening | 6/26/2014 9:18 | 1 | included |
| 25 | (410) 730-8242 | (800) 592-7435 | Voicemail Received from (410) 730-8242 | 6/26/2014 9:07 | 1 | included |
| 26 | (201) 798-0343 | (800) 592-7435 | Voicemail Received from (201) 798-0343 | 6/26/2014 8:49 | 1 | included |
| 27 | (248) 375-0647 | (800) 592-7435 | Forwarded to +12622998209 | 6/26/2014 8:11 | 4 | included |
| 28 | (248) 375-0647 | (800) 592-7435 | Voicemail to REMOVAL | 6/26/2014 8:10 | 1 | included |
| 29 | (413) 454-1286 | (800) 592-7435 | Voicemail Received from (413) 454-1286 | 6/26/2014 7:20 | 2 | included |
| 30 | (603) 279-4193 | (800) 592-7435 | Menu: General Opening | 6/26/2014 6:17 | 1 | included |
| 31 | (713) 731-1796 | (800) 592-7435 | Voicemail Received from (713) 731-1796 | 6/25/2014 18:22 | 1 | included |
| 32 | (303) 679-4908 | (800) 592-7435 | Forwarded to +12622998209 | 6/25/2014 14:19 | 6 | included |
| 33 | (508) 427-4343 | (800) 592-7435 | Forwarded to +12622998209 | 6/25/2014 14:14 | 3 | included |
| 34 | (508) 427-4343 | (800) 592-7435 | Forwarded to +12622998209 | 6/25/2014 13:38 | 5 | included |
| 35 | (410) 679-2238 | (800) 592-7435 | Forwarded to +12622998209 | 6/25/2014 13:28 | 12 | included |
| 36 | (919) 894-9329 | (800) 592-7435 | Forwarded to +12622998209 | 6/25/2014 11:35 | 3 | included |
| 37 | (281) 337-2888 | (800) 592-7435 | Forwarded to +12622998209 | 6/25/2014 7:17 | 8 | included |
| 38 | (304) 280-1796 | (800) 592-7435 | Menu: General Opening | 6/25/2014 6:02 | 1 | included |
| 39 | (805) 521-1203 | (800) 592-7435 | Voicemail Received from (805) 521-1203 | 6/24/2014 19:18 | 1 | included |
| 40 | (303) 439-2628 | (800) 592-7435 | Forwarded to +12622998209 | 6/24/2014 15:46 | 5 | included |
| 41 | (520) 287-2373 | (800) 592-7435 | Forwarded to +12622998209 | 6/24/2014 14:22 | 2 | included |
| 42 | (520) 287-2373 | (800) 592-7435 | Forwarded to +12622998209 | 6/24/2014 14:22 | 2 | included |
| 43 | (775) 673-0400 | (800) 592-7435 | Forwarded to +12622998209 | 6/24/2014 14:07 | 1 | included |
| 44 | (561) 627-7141 | (800) 592-7435 | Forwarded to +12622998209 | 6/24/2014 13:43 | 4 | included |
| 45 | (650) 969-2888 | (800) 592-7435 | Voicemail Received from (650) 969-2888 | 6/24/2014 11:31 | 2 | included |
| 46 | (707) 578-1040 | (800) 592-7435 | Voicemail Received from (707) 578-1040 | 6/24/2014 11:14 | 2 | included |
| 47 | (510) 776-5245 | (800) 592-7435 | Menu: General Opening | 6/24/2014 10:36 | 1 | included |
| 48 | (973) 728-7494 | (800) 592-7435 | Forwarded to +12622998209 | 6/24/2014 8:56 | 4 | included |
| 49 | (704) 321-0760 | (800) 592-7435 | Voicemail Received from (704) 321-0760 | 6/24/2014 8:47 | 1 | included |
| 50 | (248) 435-4994 | (800) 592-7435 | Menu: General Opening | 6/24/2014 8:13 | 1 | included |
| 51 | (301) 933-3242 | (800) 592-7435 | Forwarded to +12622998209 | 6/24/2014 7:24 | 5 | included |

PHONE.COM_000170

DECLARATION OF RACHEL HOOVER

CALL LOGS 888 999 6614 JULY 2013.xls

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Caller | Callee | Action | Date | Minutes | Cost |
| 2 | (586) 463-1001 | (888) 999-6614 | Voicemail Received from (586) 463-1001 | 7/1/2013 5:50 | 1 | included |
| 3 | (404) 346-7696 | (888) 999-6614 | Voicemail to unknown | 7/1/2013 5:53 | 1 | included |
| 4 | (616) 531-2589 | (888) 999-6614 | Voicemail Received from (616) 531-2589 | 7/1/2013 6:02 | 1 | included |
| 5 | (717) 338-9966 | (888) 999-6614 | Voicemail Received from (717) 338-9966 | 7/1/2013 6:13 | 2 | included |
| 6 | (508) 831-3672 | (888) 999-6614 | Voicemail to unknown | 7/1/2013 6:18 | 1 | included |
| 7 | (970) 667-9338 | (888) 999-6614 | Voicemail Received from (970) 667-9338 | 7/1/2013 6:26 | 2 | included |
| 8 | (561) 732-1322 | (888) 999-6614 | Voicemail Received from (561) 732-1322 | 7/1/2013 6:58 | 2 | included |
| 9 | (828) 665-0774 | (888) 999-6614 | Voicemail Received from (828) 665-0774 | 7/1/2013 7:06 | 2 | included |
| 10 | (209) 545-0129 | (888) 999-6614 | Voicemail Received from (209) 545-0129 | 7/1/2013 7:08 | 1 | included |
| 11 | (636) 928-8816 | (888) 999-6614 | Voicemail Received from (636) 928-8816 | 7/1/2013 7:17 | 2 | included |
| 12 | (336) 765-4116 | (888) 999-6614 | Voicemail Received from (336) 765-4116 | 7/1/2013 7:24 | 2 | included |
| 13 | (269) 685-7643 | (888) 999-6614 | Voicemail Received from (269) 685-7643 | 7/1/2013 7:24 | 1 | included |
| 14 | (517) 448-3800 | (888) 999-6614 | Voicemail Received from (517) 448-3800 | 7/1/2013 7:25 | 2 | included |
| 15 | (212) 288-8710 | (888) 999-6614 | Voicemail Received from (212) 288-8710 | 7/1/2013 7:27 | 2 | included |
| 16 | (520) 349-7813 | (888) 999-6614 | Voicemail Received from (520) 349-7813 | 7/1/2013 7:28 | 2 | included |
| 17 | (505) 988-9665 | (888) 999-6614 | Voicemail Received from (505) 988-9665 | 7/1/2013 7:31 | 2 | included |
| 18 | (336) 587-4680 | (888) 999-6614 | Voicemail to unknown | 7/1/2013 7:43 | 1 | included |
| 19 | (770) 974-5616 | (888) 999-6614 | Voicemail Received from (770) 974-5616 | 7/1/2013 7:58 | 2 | included |
| 20 | (516) 759-5586 | (888) 999-6614 | Voicemail Received from (516) 759-5586 | 7/1/2013 8:02 | 2 | included |
| 21 | (281) 444-5123 | (888) 999-6614 | Voicemail Received from (281) 444-5123 | 7/1/2013 8:03 | 1 | included |
| 22 | (205) 849-6367 | (888) 999-6614 | Voicemail Received from (205) 849-6367 | 7/1/2013 8:10 | 2 | included |
| 23 | (215) 257-5205 | (888) 999-6614 | Voicemail Received from (215) 257-5205 | 7/1/2013 8:18 | 2 | included |
| 24 | (318) 282-8200 | (888) 999-6614 | Voicemail Received from (318) 282-8200 | 7/1/2013 8:19 | 2 | included |
| 25 | (215) 257-5205 | (888) 999-6614 | Voicemail Received from (215) 257-5205 | 7/1/2013 8:22 | 2 | included |
| 26 | (404) 627-8001 | (888) 999-6614 | Voicemail Received from (404) 627-8001 | 7/1/2013 8:31 | 1 | included |
| 27 | (404) 627-8001 | (888) 999-6614 | Voicemail to unknown | 7/1/2013 8:33 | 1 | included |
| 28 | (714) 444-2882 | (888) 999-6614 | Voicemail Received from (714) 444-2882 | 7/1/2013 8:44 | 2 | included |
| 29 | (714) 444-2882 | (888) 999-6614 | Voicemail to unknown | 7/1/2013 8:45 | 1 | included |
| 30 | (626) 358-7373 | (888) 999-6614 | Voicemail Received from (626) 358-7373 | 7/1/2013 9:11 | 2 | included |
| 31 | (440) 842-5287 | (888) 999-6614 | Voicemail Received from (440) 842-5287 | 7/1/2013 9:16 | 2 | included |
| 32 | (561) 638-5143 | (888) 999-6614 | Voicemail to unknown | 7/1/2013 9:23 | 1 | included |
| 33 | (727) 857-0881 | (888) 999-6614 | Voicemail Received from (727) 857-0881 | 7/1/2013 9:23 | 1 | included |
| 34 | (602) 956-3162 | (888) 999-6614 | Voicemail to unknown | 7/1/2013 9:26 | 1 | included |
| 35 | (931) 431-3936 | (888) 999-6614 | Voicemail to unknown | 7/1/2013 9:28 | 1 | included |
| 36 | (205) 967-1204 | (888) 999-6614 | Voicemail Received from (205) 967-1204 | 7/1/2013 9:33 | 2 | included |
| 37 | (928) 771-8051 | (888) 999-6614 | Voicemail Received from (928) 771-8051 | 7/1/2013 9:41 | 2 | included |
| 38 | (347) 427-0191 | (888) 999-6614 | Voicemail Received from (347) 427-0191 | 7/1/2013 9:42 | 1 | included |
| 39 | (347) 427-0191 | (888) 999-6614 | Voicemail to unknown | 7/1/2013 9:43 | 1 | included |
| 40 | (510) 574-1270 | (888) 999-6614 | Voicemail Received from (510) 574-1270 | 7/1/2013 9:44 | 2 | included |
| 41 | (602) 228-1940 | (888) 999-6614 | Voicemail Received from (602) 228-1940 | 7/1/2013 9:52 | 2 | included |
| 42 | (440) 235-3262 | (888) 999-6614 | Voicemail Received from (440) 235-3262 | 7/1/2013 9:53 | 2 | included |
| 43 | (602) 228-1940 | (888) 999-6614 | Voicemail Received from (602) 228-1940 | 7/1/2013 9:54 | 1 | included |
| 44 | (724) 339-4013 | (888) 999-6614 | Voicemail Received from (724) 339-4013 | 7/1/2013 9:59 | 2 | included |
| 45 | (713) 988-0966 | (888) 999-6614 | Voicemail to unknown | 7/1/2013 10:03 | 2 | included |
| 46 | (760) 741-1671 | (888) 999-6614 | Voicemail Received from (760) 741-1671 | 7/1/2013 10:05 | 2 | included |
| 47 | (973) 226-0683 | (888) 999-6614 | Voicemail Received from (973) 226-0683 | 7/1/2013 10:16 | 1 | included |
| 48 | (973) 226-0683 | (888) 999-6614 | Voicemail Received from (973) 226-0683 | 7/1/2013 10:17 | 1 | included |

PHONE.COM_000736

DECLARATION OF RACHEL HOOVER

# — EXHIBIT  2 —

DECLARATION OF RACHEL HOOVER

| voip_id | type | caller_id | called_number | call_durati | start_time | #VALUE! | 1-Jan-70 |
|--------:|------|-----------|---------------|------------:|------------|---------|----------|
| 14087 | incoming | 19102372062 | 18007079150 | 63 | 1403614473 | 6/24/2014 12:54 | |
| 14087 | incoming | 14044452853 | 18007079150 | 3 | 1403614488 | 6/24/2014 12:54 | |
| 14087 | incoming | 14044452853 | 18007079150 | 1 | 1403614554 | 6/24/2014 12:55 | |
| 14087 | incoming | 17068885572 | 18007079150 | 15 | 1403614614 | 6/24/2014 12:56 | |
| 14087 | incoming | 19122282778 | 18007079150 | 16 | 1403614812 | 6/24/2014 13:00 | |
| 14087 | incoming | 16148755000 | 18009270703 | 9 | 1403614987 | 6/24/2014 13:03 | |
| 14087 | incoming | 15138878299 | 18007908031 | 6 | 1403615104 | 6/24/2014 13:05 | |
| 14087 | incoming | 17816479322 | 18007908031 | 12 | 1403615410 | 6/24/2014 13:10 | |
| 14087 | incoming | 15165821633 | 18008406146 | 17 | 1403615463 | 6/24/2014 13:11 | |
| 14087 | incoming | 18595258594 | 18007908031 | 10 | 1403615534 | 6/24/2014 13:12 | |
| 14087 | incoming | 18474654806 | 18007079150 | 2 | 1403616047 | 6/24/2014 13:20 | |
| 14087 | incoming | 13053771952 | 18002607494 | 54 | 1403616299 | 6/24/2014 13:24 | |
| 14087 | incoming | 18179157742 | 18007079150 | 10 | 1403616329 | 6/24/2014 13:25 | |
| 14087 | incoming | 18567458757 | 18007079150 | 3 | 1403616391 | 6/24/2014 13:26 | |
| 14087 | incoming | 15738269028 | 18007079150 | 19 | 1403616415 | 6/24/2014 13:26 | |
| 14087 | incoming | 14043228818 | 18007079150 | 13 | 1403616493 | 6/24/2014 13:28 | |
| 14087 | incoming | 12162633407 | 18007079150 | 2 | 1403616564 | 6/24/2014 13:29 | |
| 14087 | incoming | 12013202924 | 18007079150 | 9 | 1403616584 | 6/24/2014 13:29 | |
| 14087 | incoming | 16784898823 | 18009270703 | 37 | 1403616586 | 6/24/2014 13:29 | |
| 14087 | incoming | 14044575678 | 18007079150 | 11 | 1403616627 | 6/24/2014 13:30 | |
| 14087 | incoming | 19894266751 | 18007908031 | 15 | 1403616851 | 6/24/2014 13:34 | |
| 14087 | incoming | 16303577093 | 18007079150 | 9 | 1403617021 | 6/24/2014 13:37 | |
| 14087 | incoming | 13174284356 | 18008738022 | 0 | 1403617032 | 6/24/2014 13:37 | |
| 14087 | incoming | 18564282200 | 18007079150 | 13 | 1403617047 | 6/24/2014 13:37 | |
| 14087 | incoming | 17045407171 | 18007079150 | 2 | 1403617165 | 6/24/2014 13:39 | |
| 14087 | incoming | 17045407171 | 18007079150 | 65 | 1403617172 | 6/24/2014 13:39 | |
| 14087 | incoming | 18327589129 | 18007079150 | 5 | 1403617295 | 6/24/2014 13:41 | |
| 14087 | incoming | 18153083564 | 18007079150 | 11 | 1403617639 | 6/24/2014 13:47 | |
| 14087 | incoming | 17702058141 | 18007079150 | 7 | 1403617852 | 6/24/2014 13:50 | |
| 14087 | incoming | 12017728152 | 18007079150 | 9 | 1403618237 | 6/24/2014 13:57 | |
| 14087 | incoming | 17573574782 | 18007079150 | 1 | 1403618261 | 6/24/2014 13:57 | |
| 14087 | incoming | 12678868718 | 18006553747 | 13 | 1403618528 | 6/24/2014 14:02 | |
| 14087 | incoming | 12155381732 | 19494075575 | 25 | 1403618735 | 6/24/2014 14:05 | |
| 14087 | incoming | 19107914735 | 18007079150 | 18 | 1403618745 | 6/24/2014 14:05 | |
| 14087 | incoming | 17572285441 | 18009270703 | 15 | 1403618788 | 6/24/2014 14:06 | |
| 14087 | incoming | 14127341573 | 19494075575 | 22 | 1403618815 | 6/24/2014 14:06 | |
| 14087 | incoming | 19406914172 | 19494075575 | 76 | 1403618829 | 6/24/2014 14:07 | |
| 14087 | incoming | 18564899797 | 19494075575 | 10 | 1403618830 | 6/24/2014 14:07 | |
| 14087 | incoming | 18066819345 | 19494075575 | 31 | 1403618831 | 6/24/2014 14:07 | |
| 14087 | incoming | 15712168875 | 18007079150 | 4 | 1403618837 | 6/24/2014 14:07 | |
| 14087 | incoming | 17134400230 | 19494075575 | 83 | 1403618925 | 6/24/2014 14:08 | |
| 14087 | incoming | 13122435400 | 18007079150 | 23 | 1403618932 | 6/24/2014 14:08 | |
| 14087 | incoming | 17043926299 | 18007079150 | 20 | 1403618935 | 6/24/2014 14:08 | |
| 14087 | incoming | 13122435400 | 18007079150 | 36 | 1403618973 | 6/24/2014 14:09 | |
| 14087 | incoming | 15129668220 | 18007079150 | 6 | 1403619001 | 6/24/2014 14:10 | |
| 14087 | incoming | 19082089941 | 18007079150 | 11 | 1403619039 | 6/24/2014 14:10 | |
| 14087 | incoming | 17323822111 | 19494075575 | 34 | 1403619062 | 6/24/2014 14:11 | |

PHONE.COM_000855

DECLARATION OF RACHEL HOOVER

| voip_id | type | caller_id | called_number | call_durati | start_time | #VALUE! | 1-Jan-70 |
|---|---|---|---|---|---|---|---|
| 14087 | incoming | 18172637347 | 19494075575 | 44 | 1403619081 | 6/24/2014 14:11 | |
| 14087 | incoming | 17243883246 | 18007079150 | 2 | 1403619098 | 6/24/2014 14:11 | |
| 14087 | incoming | 17176876200 | 18009270703 | 47 | 1403619137 | 6/24/2014 14:12 | |
| 14087 | incoming | 12145463349 | 18007079150 | 28 | 1403619156 | 6/24/2014 14:12 | |
| 14087 | incoming | 15708171193 | 18007079150 | 9 | 1403619156 | 6/24/2014 14:12 | |
| 14087 | incoming | 17704615211 | 19494075575 | 52 | 1403619164 | 6/24/2014 14:12 | |
| 14087 | incoming | 17705584075 | 19494075575 | 41 | 1403619183 | 6/24/2014 14:13 | |
| 14087 | incoming | 16787686055 | 19494075575 | 75 | 1403619187 | 6/24/2014 14:13 | |
| 14087 | incoming | 12816304738 | 18007079150 | 9 | 1403619203 | 6/24/2014 14:13 | |
| 14087 | incoming | 17133308008 | 19494075575 | 75 | 1403619238 | 6/24/2014 14:13 | |
| 14087 | incoming | 19193163276 | 19494075575 | 25 | 1403619238 | 6/24/2014 14:13 | |
| 14087 | incoming | 14092330026 | 18007079150 | 13 | 1403619307 | 6/24/2014 14:15 | |
| 14087 | incoming | 17049052946 | 18007079150 | 13 | 1403619309 | 6/24/2014 14:15 | |
| 14087 | incoming | 18045626243 | 18007079150 | 9 | 1403619313 | 6/24/2014 14:15 | |
| 14087 | incoming | 14043730018 | 19494075575 | 6 | 1403619321 | 6/24/2014 14:15 | |
| 14087 | incoming | 12016510190 | 19494075575 | 34 | 1403619345 | 6/24/2014 14:15 | |
| 14087 | incoming | 17242026613 | 18007079150 | 14 | 1403619365 | 6/24/2014 14:16 | |
| 14087 | incoming | 12105319693 | 19494075575 | 39 | 1403619371 | 6/24/2014 14:16 | |
| 14087 | incoming | 18043554224 | 19494075575 | 27 | 1403619377 | 6/24/2014 14:16 | |
| 14087 | incoming | 17739390331 | 18007079150 | 9 | 1403619398 | 6/24/2014 14:16 | |
| 14087 | incoming | 19196585714 | 19494075575 | 40 | 1403619398 | 6/24/2014 14:16 | |
| 14087 | incoming | 18303939029 | 18007079150 | 18 | 1403619401 | 6/24/2014 14:16 | |
| 14087 | incoming | 17088967287 | 19494075575 | 6 | 1403619432 | 6/24/2014 14:17 | |
| 14087 | incoming | 14048699215 | 19494075575 | 17 | 1403619437 | 6/24/2014 14:17 | |
| 14087 | incoming | 12815369653 | 19494075575 | 53 | 1403619438 | 6/24/2014 14:17 | |
| 14087 | incoming | 14046630122 | 19494075575 | 25 | 1403619447 | 6/24/2014 14:17 | |
| 14087 | incoming | 12144078165 | 18007079150 | 16 | 1403619480 | 6/24/2014 14:18 | |
| 14087 | incoming | 19569702416 | 18007079150 | 7 | 1403619490 | 6/24/2014 14:18 | |
| 14087 | incoming | 19365209109 | 18007079150 | 9 | 1403619491 | 6/24/2014 14:18 | |
| 14087 | incoming | 14097277141 | 19494075575 | 22 | 1403619496 | 6/24/2014 14:18 | |
| 14087 | incoming | 19032383114 | 18007079150 | 10 | 1403619513 | 6/24/2014 14:18 | |
| 14087 | incoming | 12623356494 | 18008167013 | 43 | 1403619520 | 6/24/2014 14:18 | |
| 14087 | incoming | 17707553017 | 18007079150 | 17 | 1403619532 | 6/24/2014 14:18 | |
| 14087 | incoming | 17864022092 | 18007079150 | 8 | 1403619545 | 6/24/2014 14:19 | |
| 14087 | incoming | 19403257696 | 19494075575 | 83 | 1403619630 | 6/24/2014 14:20 | |
| 14087 | incoming | 17089973444 | 18007079150 | 10 | 1403619644 | 6/24/2014 14:20 | |
| 14087 | incoming | 19722265577 | 19494075575 | 34 | 1403619649 | 6/24/2014 14:20 | |
| 14087 | incoming | 13184244406 | 18007908031 | 12 | 1403619650 | 6/24/2014 14:20 | |
| 14087 | incoming | 19129203960 | 19494075575 | 26 | 1403619660 | 6/24/2014 14:21 | |
| 14087 | incoming | 16093202275 | 19494075575 | 79 | 1403619694 | 6/24/2014 14:21 | |
| 14087 | incoming | 17703644672 | 18007079150 | 10 | 1403619698 | 6/24/2014 14:21 | |
| 14087 | incoming | 12623356494 | 18008167013 | 35 | 1403619732 | 6/24/2014 14:22 | |
| 14087 | incoming | 17068302770 | 18007079150 | 18 | 1403619795 | 6/24/2014 14:23 | |
| 14087 | incoming | 17734428997 | 18007079150 | 9 | 1403619795 | 6/24/2014 14:23 | |
| 14087 | incoming | 17134556666 | 18007079150 | 11 | 1403619803 | 6/24/2014 14:23 | |
| 14087 | incoming | 17329427220 | 18007079150 | 1 | 1403619820 | 6/24/2014 14:23 | |
| 14087 | incoming | 18285069328 | 18007079150 | 10 | 1403619821 | 6/24/2014 14:23 | |

PHONE.COM_000855

DECLARATION OF RACHEL HOOVER

# — EXHIBIT  3 —

DECLARATION OF RACHEL HOOVER

## 800-652-4019

Did you get a call from 8006524019? Read the posts below to find out details about this number. Also [report unwanted calls](#) to help identify who is using this phone number.

800-652-4019

Toll-free



**800-652-4019**
11 Nov 2013

illegal unsolicited fax. Is this a $1,500 fine? How do I collect?

*Caller: 800-652-4019*
*Call Type: Fax Machine*



**been there too** replies to 800-652-4019
16 Nov 2013

does anyone have a 'real' name and address for 800-652-4019



**nick**
25 Nov 2013

I have tried for over 7 months to get them to stop faxing me.  It seems every 2-3 mos. they change their name.  They have gtone by Fast Cash, Community Cash and now Simple Business Funding.  Their  biggest mistake is they never change the fax. Just the name of the company.  They even have the same phone number to call, same automated phone message etc.  Wish they would stop.

*Caller: unknown, keep changing*
*Call Type: Fax Machine*



REAL ESTATE INVESTING                USTaxLienAssociation.com/Free

DECLARATION OF RACHEL HOOVER

## 800-684-0378

Did you get a call from 8006840378? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

800-684-0378

Toll-free



**linda bell**
20 Jan 2014

They do not call but send repeated faxes "from unknown fax number".  The number to call to be removed from their list does  not answer.  It is 877-504-6366.  Their schtick is simple alternative to bank financing. Name of company on mock check is Simple Business Funding.



**Marketing Director** replies to linda bell
26 Jan 2014

I may have found the little elf......

We get these all the time. I finally got through on the listed 800#. (I will be calling the phone company on Monday to confirm just what number the call came from).

I was sent to the voice mail of Shannon Webb. Now, this may not be the right person, but it sure does seem to fit the profile on LI (LinkedIn).

Shannon Webb
Senior Account Executive - Capital Alliance
Huntington Beach, CaliforniaFinancial Services
Current
Capital Alliance, Webb Cam Industries Inc, Pacific Maritime Association
Education
Riverside Community College

DECLARATION OF RACHEL HOOVER

If you look at her posts, they are ads hidden in the profile stuff. And it says they do this kind of loans. Might be her. I'd say it's time to pull together and inundate her with phone calls.

Anyone agree or disagree?



**Terri** replies to <u>Marketing Director</u>
3 Feb 2014

This is Capital Alliance that makes sense. I was getting these from Capital all of the time and now they are coming from Simple Business Funding. I receive at least one fax a week..



**James B**
28 Jan 2014

They send multiple faxes but will not answer the fax removal line. The call to get a quote number is never answered by a live body.

*Caller: Simple Business Funding*

## Fax Without a Fax Machine

 efax.com

Get an eFax number and send faxes to fax machines from your email.



**Deen**
19 May 2014

Called the number on the phony fax. and i asked questions about my current insurance provider.. they wouldn't give me a company name, Its an insurance scam.. they are a scam looking for credit card numbers. Don't call them!



**FAXERS SUCK!**
19 May 2014

Arnold Lee faxed me a insurance form to fill out which I have found out is illegal and then sold the policy to me and my husband and lied to us throughout the process. He says he owns the

## 800-735-0753

Did you get a call from 8007350753? Read the posts below to find out details about this number. Also [report unwanted calls](#) to help identify who is using this phone number.

800-735-0753

Toll-free



**T**
25 Mar 2014

fax spammer from 866-830-0243.  Short term business loans.

*Caller: Fundquik.com*
*Call Type: Telemarketer*



**Ann Bryant**
27 Mar 2014

This is a scam.... I have notified the Better Business Bureau and the Federal Government  Do not respond to their fax in any way shape or form.

*Caller: FundQuik*
*Call Type: Fax Machine*

 STOP THE TEXTS. STOP THE WRECKS. 



**TX Gal**
7 Apr 2014

-26-

DECLARATION OF RACHEL HOOVER

Junk/Spam fax.   They have changed their name for the 5th time now to Fund Quik. All the faxes are identical with a fake check on front for $50,000.   Just got this same fax last week but it had a different phone number to call, it was 800-706-5996 and also 800-504-4218.

*Caller: Fund Quik*
*Call Type: Fax Machine*



**S** replies to <u>TX Gal</u>
17 Apr 2014

I get the same faxes from Fund Quik. I got 2 today, One right after the other. These people change there name so often. I use to have stack of there faxes, but I finally threw they away. Someone needs to go after these people and put a stop to the faxes. I am sick of them using my ink from my fax machine.Or they say you can visit there on line site at www.fundquik.com or call them at 1-800-409-9427.



**Rod S**
23 Apr 2014

Fax spammer.  "Fundquik.com" a bogus site.

They want you to call 800-409-9427 to obtain a "business loan."

Fax header says 866-830-0234 is the source of the fax.

Wish there were a way to stop these idiots from wasting people's time and money.

*Call Type: Fax Machine*



**Tyler**
19 May 2014

The party sending the faxes is outside of the COUNTRY......They market EVERYTHING LOANS INSURANCE VACATION GAY LESBIAN CRUISES... THEY SELL LEADS TO BUSINESSES ALL OVER THE USA

*Caller: INSURANCE LOSERS*
*Call Type: Fax Machine*



**Garry B**

DECLARATION OF RACHEL HOOVER

## 800-873-8022

Did you get a call from 8008738022? Read the posts below to find out details about this number. Also [report unwanted calls](#) to help identify who is using this phone number.

800-873-8022

Toll-free



**not a patsy**
24 Sep 2013

received a spam fax for a short-term loan claiming to be from Community Business Funding.  This number is listed to call and speak with a finance specialist.  Right - that's going to happen.  It does no good to report these crooks and we can't block the toll-free or blocked numbers from the fax because actual, real clients and employees might not be able to get through.  I'm so sick of thieves and crooks trying to steal from us.

*Call Type: Fax Machine*

# Free Real Estate Course

🌐 ustaxlienassociation.com/RealEstate

Free Course Teaches Facts, Not Hype Earn Up To 24% With Tax Liens

**Report a phone call from 800-873-8022:**

Your Name *

Your name as you would like it to appear in the title of your post.

Message *

DECLARATION OF RACHEL HOOVER

## 888-310-8666

Did you get a call from 8883108666? Read the posts below to find out details about this number. Also [report unwanted calls](report unwanted calls) to help identify who is using this phone number.

888-310-8666

Toll-free



**rocco**
17 Mar 2010

Multiple faxes removal web site tells you that you are being removed and I still receive faxes. The removal number on the fax does not work. Company does not answer the phone or return calls when I have stated the harasing complaint. Stateside Bancorp Clay Heath

*Caller: stateside bancorp*
*Call Type: Telemarketer*



**angry**
9 Jun 2010

These people are scam artists who take fees for processing loans then never call back or answer their phones after you pay the money.

*Caller: Citadel/ Stateside Bancorp*
*Call Type: Telemarketer*

**Suspecting**
16 Jun 2010





Originated from a fax- - I called the number and asked for the address of where the company was located. "Adam" wanted my information.  Not happening !  He said his company was in Southern California.  I asked him again for his address he said it was on the website.  I had already checked that out, no address on the web site.  He asked me why I wanted this address and I told him to see if the company was legit or now hung up.

*Caller: Stateside Bancorp*



### Internet Marketing Guru
27 Oct 2010

Perhaps you should find out where the marketing lists come from rather than go to the companies that purchase the "opt-in interest" lists to market to. You guys are funny, there's so many other more productive things to do with your time.

*Caller: FTC*



### Charles Wright
16 Feb 2011

I kinda have to agree. The internet has given an avenue for all sorts of bitching and moaning. Get a life people.

*Caller: Bank of America*



### Doug
8 Jun 2011

Got a call form this entity, saying that it assists with debt collection, referencing "Small Business Debt Assistance Program, SBDAP.org."

*Caller: SBDAP.org*
*Call Type: Telemarketer*



### Hate Them
16 Apr 2012

Fax spamming.  Never remove you from the list cuz they pay some other company to do the faxing.

DECLARATION OF RACHEL HOOVER

## 888-333-1512

Did you get a call from 8883331512? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

888-333-1512

Toll-free



**888-333-1512**
1 Oct 2012

illegal fax spammer

*Caller: 888-333-1512*
*Call Type: Fax Machine*



**Bill**
15 Oct 2012

Fax Spammer

*Caller: Fax*



**Duke**
15 Oct 2012

SCAM illegal fax spammer that purports to provide business loans.

-31-                    DECLARATION OF RACHEL HOOVER

You can be sure they are going to hit you up for an up-front fee, then never deliver anything.

SCAM SCAM SCAM

*Caller: Business Capital Direct*
*Call Type: Fax Machine*

 **OUTOFPAPER**
12 Dec 2012

SCAMMERS USING UP OUT INK AND PAPER!

*Caller: BANK CAPITAL DIRECT*
*Call Type: Fax Machine*

 **Duke**
14 Jan 2013

What jokesters.  If you look at their web site (bankcapitaldirect.com) they list a street address (8900 Irvine Center Drive in Irvine, California) that doesn't even exist.

BBB rating of F

Anyone who falls for this is a fool.

*Caller: Bank Capital Direct*
*Call Type: Fax Machine*

 **888-333-1512**
2 Feb 2013

illegal fax - please prosecute these illegal spammers.

Thank you!

*Caller: illegal unsolicited fax spammer*
*Call Type: Fax Machine*

 **Johnson**
2 Feb 2013

DECLARATION OF RACHEL HOOVER

## 888-422-8628

Did you get a call from 8884228628? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

888-422-8628

Toll-free





**TX Gal**

4 Aug 2011

Received a junk fax from Preferred Client Division.  The top of the fax is a phony copy of a check written out to our company supposedly for $77,860 for equipment leasing.  This is our pre approved amount for cash, bills, payroll and whatever other expenses we see fit.  We can pay back in low monthly payments just call 888-422-8628 ext 1 for Wilson Rey.  To be "removed" 877-370-2808.  Fax is going to be shredded.

*Caller: Preferred Client Division*
*Call Type: Fax Machine*



SanDiego

19 Aug 2011

Junk fax from "Preferred Client Division". Wilson Rey says "This is a follow-up reminder that we still have your company preapproved for a low monthly payment equipment financing program." ... "$77,860.00" ... "Contact us at (888) 422-8628 to learn more."
No actual business name or address is given for this loan company.
The email is "wrey@trustedbancorp.com".

Don't think we'll be trusting our financial well being to "trustedbancorp" any time soon.

*Caller: Preferred Client Division - trustedbacorp*
*Call Type: Fax Machine*

REAL ESTATE INVESTING

DECLARATION OF RACHEL HOOVER





**Law Office of Kenneth Folstein**
*2 Sep 2011*

Is there any way to stop these faxes?

*Caller: trusted bancorp*
*Call Type: Fax Machine*



**Merry**
*12 Sep 2011*

This is a scam. Bancorp is a scam company that has been sending junk faxes to my company for years.

NEVER call the toll free number at the bottom of any junk fax "to have your number removed", that is simply a 3rd party entity that is faxing you and your fax number will wind up on more lists.

Call the number directly on the fax, they will not remove your number but at the very least you can waste these p.o.s's time and give them a piece of your mind.  Further, they will ask for your fax number and claim they will remove it, they will not.  It is only one guy answering the phone by the way, probably in his mother's basement.  Sometimes you will get a voicemail, it will give you an option to leave a message to have your fax number removed.   A couple years back I got the voicemail and by chance I hacked in to their phone system, I hit the wrong key and was asked for a password, I entered "1234", lo and behold that was their password, dumbasses.   They had hundreds of unheard messages from people asking to have their fax#s removed, I listened to those messages(which gave all the caller info number/name etc.).  There was also a mailbox for people that were actually interestred in using Bancopr service, I called all those pople back, all over the country and warned them to steer clear of these scumabges.   I then changed their outgoing message to something like "Hello, this is Bancorp, we are a scam company, we will NEVER remove your fax number.  It was almost 4 weeks before they caught on and changed their password.



**Maria in IL**
*19 Sep 2011*

DECLARATION OF RACHEL HOOVER



**Kat**
5 Nov 2012

Received a FAX from Bank Capital www.bankcapitaldirect.com  with this number 888-620-1040   on it.   Said to call 877-370-2808 if no longer interested?   Doing a Google Search, 888-620-1040 belongs to

Dr. Ingrid Chung
http://www.ichungmd.com/
2106 Gallows Road, Unit F
Vienna, VA 22182
Phone: (888) 620-1040

*Caller: Bank Capitol Direct*
*Call Type: Telemarketer*



**Echo** replies to Kat
1 Dec 2012

Would like to know the outcome of your research.  Is this a true ad or scam?



**Jim**
26 Feb 2013

Have you seen their (BankCapitolDirect.com) web site. its about as cheesy as you can get. Straight out of a box website with no information. Pathetic to say the least. The Ingrid Chung website took off the 888 number and may have sold it off. It's time to make laws allowing the public to see the owners of toll free numbers so we can go after them directly.

*Caller: Bank Capitol*
*Call Type: Fax Machine*



**HOWARD K** replies to Jim
6 Mar 2013

THIS  IS  A  SCAM  OPERATION-I  CALLED  AND  ASKED  FOR  THIER  ADDRESS-THEY CONNECTED ME TO A DIAL TONE--BYE BYE

DECLARATION OF RACHEL HOOVER

---

### 888-674-8669

Did you get a call from 8886748669? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

888-674-8669

Toll-free

## Private Money at 6% Rate

🌐 privatemoneygoldmine.com

Real Estate Investors: Fund your deals at 6-12%. Private lenders.

| 1 | 2 | 3 |

---



**Laura**
21 Mar 2013

I keep getting faxes.  Their number to stop faxes, 877-404-4697 doesn't work, just get a fast busy when I call from a land line.  From my cell, it states it's disconnected.  I also registered with stopfaxes.org but I keep getting them from this company.  Letter says the company name is Fast Working Capital and their website is www.fastwc.com.  I am filing a complaint as they keep sending my faxes which costs me lots.  I am entitled to at least $500 and up to $1,500 and I plan to pursue that.  Receiving faxes cost more than sending out (even with long distance charges since paper and ink are much more expensive.  Only my clients and my website have my fax number, it is never given out unless someone needs to fax me so they obviously stole it from my website.  And this number was registered on the Do Not Call List as of March 26, 2009.

*Caller: Fast Working Capital*
*Call Type: Fax Machine*

---



**Tim Komos** replies to Laura
10 Apr 2013

stopfaxes.org  is a spam website.  If you registered, then you told them it was a valid Fax number.  You will only got more faxes now from other spammer.   Do a domain search for stopfaxes.org and you will see your answer's.    Very shady people who run their website

DECLARATION OF RACHEL HOOVER



**SherrieG** replies to <u>Laura</u>

1 May 2013

I keep getting faxes from the same company, Fast Working Capital. I have tried calling them, and it says the person is out of the office. I am on the do not fax list. But they keep sending them. I want to know the original web site for the do not fax list, if anyone knows. I am sick of getting faxes from them.



**Beverly** replies to <u>Laura</u>

13 May 2013

In early May 2013, I left a voice message.for "Fast Working Capital". Someone called me back and I asked where they got my fax number..This personI was told they buy fax lists from a marketing company named "Lists are Us" whose phone number is 425 647 0974.



**pat** replies to <u>Laura</u>

3 Jun 2013

just call their number on dont talk do this as often as you can have as many friends t the same



**PD** replies to <u>pat</u>

19 Jun 2013

ok, done x 2.....



**Mrs. Jackson** replies to <u>Laura</u>

27 Jun 2013

We kept getting spam faxes from Working Capital also and also call that ph # at bottom of their spam fax to stop the faxes and also went to stopfaxes.org is a joke also, neither helped so I went onto their website and found the companies phone number 1-800-806-0403 and an employee there said he would email their marketing dept and tell them to take our fax number off their list. Try that and see if that helps.



**Mrs. Jackson** replies to Laura

DECLARATION OF RACHEL HOOVER

---

**888-710-5840**

Did you get a call from 8887105840? Read the posts below to find out details about this number. Also [report unwanted calls](#) to help identify who is using this phone number.

888-710-5840
Toll-free

# Toll Brothers New Homes

tollbrothers.com

View photo tours of new luxury homes & design your dream home!

| 1 | 2 |
|---|---|

---

 **CJ**
2 Jun 2010

Junk fax from "Small Business Debt Assistance Program" addressed to a business name and owner about eight/nine years out of date. Comes with an official-looking "file number" and expiration date of today, as well as a flag-decorated seal-like logo for "US National Debt Relief Program". Website given: [www.sbdap.org](http://www.sbdap.org) (a government-run website, as implied by the logo, would have .gov) and signed by one "Derrick Noble", and to call him at 888-710-5840.

Removal instructions lead to the bogus thefaxremovalservice.com or 888-881-4812.

*Caller: Small Business Debt Assistance Program*
*Call Type: Fax Machine*

---

 **disgruntled** replies to <u>CJ</u>
8 Jun 2010

Got same fax today. sbdap.org domain resolves to "Prime Funding Direct",email contact jim.dyche@gmail.com, which is also known as Stateside Bancorp, another class act of a junk faxer/spammer/scammer who constantly faxes crap to us.

---

 **Kay Gardner or KG&CO**

DECLARATION OF RACHEL HOOVER



10 Jun 2010

DO NOT CALL MY FAX # ANY FURTHER.  I AM NOT INTERESTED IN YOUR ADVERTISEMENT.

*Caller: Small Business Debt Assistnace Program*

# Watershed Defense Lawyer

🔵 couturealbright.com

Criminal Defense - DUI - VUSCA 509 - 765 -LAWS



**Merry**

16 Jun 2010

Go to the FCC Website and use their online form to make a complaint against this company, it is simple and fast.

What this company is doing is illegal.

Or if you have the time call this company and just keep them on the line as long as possible pretend you are interested in their service, it costs them time which is money, and it costs them money when you call their toll free number.

This scumbag company  Stateside Bancorp/Prime Direct Lending ignores all requests to have your fax number removed, they do not even listen to those messages, they simply delete them .

Do NOT call the 1800 Fax removal number on the bottom of the fax-this is the same 3rd party marketing company that is sending you the faxes-calling them or going to their website simply puts your fax number on more lists

*Caller: Stateside Bancorp*



**dr. s**

21 Jun 2010

We do not want to receive your faxes!  STOP IMMEDIATELY!!

*Caller: Small Business Debt Assistance Program*
*Call Type: Fax Machine*



**pazzo**

23 Jun 2010

DECLARATION OF RACHEL HOOVER

## 888-991-9934

Did you get a call from 8889919934? Read the posts below to find out details about this number. Also [report unwanted calls](#) to help identify who is using this phone number.

888-991-9934

Toll-free



**TX Gal**
10 Oct 2013

Junk scam/spam fax from Simple Business Funding claiming we are preapproved for $50,000 to get a quote to call them at this number to be removed go to their number harvester fax removal site.

*Caller: Simple Business Funding*
*Call Type: Fax Machine*



**NY Biz**
11 Oct 2013

Spam fax from Simple Business Funding. Short Term Business Loan - Fast and Simple. Showed sample check for $50,000. Did not state pre-approved.

*Caller: Simple Business Funding*
*Call Type: Fax Machine*

Ad○



**GA BIZ**
22 Oct 2013

DECLARATION OF RACHEL HOOVER

Spam Fax!  They offer everything from "$50,000 Loans for Small Businesses" to Vacation Packages.  I have attempted to access their website to unsubscribe but it always provides the same error message.  I have been calling their number for months to unsubscribe and continue to receive their garbage in spite of my efforts.  MAKE THEM GO AWAY

*Caller: Unk.  they do not id themselves*
*Call Type: Fax Machine*



**APSARA MEDIA**
9 Nov 2013

STOP UNSOLICITED FAXES!!! THIS IS ILLEGAL!

*Caller: SIMPLE BUSINESS FUNDING*
*Call Type: Fax Machine*



**KS Gov**
3 Dec 2013

I have been trying to remove my number from their spam list, but have been unsuccessful.  Has anyone had success in stopping these unsolicited faxes?

*Caller: Simple Business Funding*
*Call Type: Fax Machine*



**Larry**
10 Dec 2013

This is an ongoing faxing scam. Calls at 8 am eastern and sends the fax. How do we stop this. It does not seem to be covered in the do not call registry

*Caller: Simple business Funding*
*Call Type: Fax Machine*



**888-991-9934**
11 Dec 2013

one of the worst illegal fax spammers of all time.

*Caller: 888 991 9934*

# — EXHIBIT  4 —

DECLARATION OF RACHEL HOOVER

DECLARATION OF RACHEL HOOVER

EASTON_001636.CSV

| | acctno | authcode | projcode | traftype | calldir | calldate | calltime | minutes | amount | tonum | tocity | tostate | frnum | frcity | frstate | calltype | switchtype | special | carrier | cfilename | crecno |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U |
| 2 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/9/2014 | 16:50 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 443 687-8123 | BALTIMORE | MD | 800 interstate | Dedicated | | FCI | G580ET | 17514 |
| 3 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:01 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14917 |
| 4 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:01 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14918 |
| 5 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:01 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14919 |
| 6 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:01 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 804 264-2007 | RICHMOND | VA | 800 interstate | Dedicated | | FCI | G601ET | 14920 |
| 7 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:01 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 804 264-2007 | RICHMOND | VA | 800 interstate | Dedicated | | FCI | G601ET | 14921 |
| 8 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:01 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14922 |
| 9 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:01 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21156 |
| 10 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:01 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21157 |
| 11 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:01 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21158 |
| 12 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:02 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21159 |
| 13 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:02 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21160 |
| 14 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:03 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14923 |
| 15 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:03 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 804 264-2007 | RICHMOND | VA | 800 interstate | Dedicated | | FCI | G601ET | 14924 |
| 16 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:03 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21162 |
| 17 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:03 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21163 |
| 18 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:04 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14925 |
| 19 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:04 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14929 |
| 20 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:04 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14930 |
| 21 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:04 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 804 264-2007 | RICHMOND | VA | 800 interstate | Dedicated | | FCI | G601ET | 14926 |
| 22 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:04 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 804 264-2007 | RICHMOND | VA | 800 interstate | Dedicated | | FCI | G601ET | 14927 |
| 23 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:04 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 804 264-2007 | RICHMOND | VA | 800 interstate | Dedicated | | FCI | G601ET | 14928 |
| 24 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:04 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14932 |
| 25 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:04 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14933 |
| 26 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:05 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14934 |
| 27 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:06 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14935 |
| 28 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:04 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21164 |
| 29 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:04 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21165 |
| 30 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:05 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 804 515-5810 | RICHMOND | VA | 800 interstate | Dedicated | | FCI | G601ET | 14937 |
| 31 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:06 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14943 |
| 32 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:06 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14939 |
| 33 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:06 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14940 |
| 34 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:06 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14942 |
| 35 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:06 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21166 |
| 36 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:06 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21167 |
| 37 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:06 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21168 |
| 38 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:06 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 21169 |
| 39 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:06 | 0.4 | 0.01 | 216 687-0000 | CLEVELAND | OH | 860 428-0118 | WILLIMNTIC | CT | 800 interstate | Dedicated | | FCI | G601ET | 23131 |
| 40 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:07 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14944 |
| 41 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:07 | 0.7 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14946 |
| 42 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:07 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14948 |
| 43 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:08 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14949 |
| 44 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:08 | 0.3 | 0.01 | 216 687-0000 | CLEVELAND | OH | 724 334-5347 | CHARLES TN | WV | 800 interstate | Dedicated | | FCI | G601ET | 14950 |
| 45 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:08 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14951 |
| 46 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:08 | 0.5 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14952 |
| 47 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:08 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14953 |
| 48 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:08 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14954 |
| 49 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:08 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 interstate | Dedicated | | FCI | G601ET | 14955 |
| 50 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:08 | 0.6 | 0.01 | 216 687-0000 | CLEVELAND | OH | 860 344-6000 | MIDDLETOWN | CT | 800 interstate | Dedicated | | FCI | G601ET | 23132 |
| 51 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:09 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14957 |
| 52 | 201012T023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:09 | 0.9 | 0.02 | 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 interstate | Dedicated | | FCI | G601ET | 14958 |

EASTON_001636.CSV

DECLARATION OF RACHEL HOOVER

|  | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | acctno | authcode | projcode | traftype | calldir | calldate | calltime | minutes | amount | tonum | tocity | tostate | frnum | frcity | frstate | calltype | switchtype | special | carrier | cflename | crecno |
| 54 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:09 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 804 515-5823 | RICHMOND | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14959 |
| 55 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:09 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 804 515-5810 | RICHMOND | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14960 |
| 56 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:09 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 804 515-5823 | RICHMOND | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14961 |
| 57 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:09 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 Interstate | Dedicated |  | FCI | G601ET | 21172 |
| 58 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:09 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 Interstate | Dedicated |  | FCI | G601ET | 21173 |
| 59 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:09 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 Interstate | Dedicated |  | FCI | G601ET | 21174 |
| 60 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:09 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 Interstate | Dedicated |  | FCI | G601ET | 21175 |
| 61 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:09 | 0.5 | 0.02 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14965 |
| 62 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:10 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 804 264-2007 | RICHMOND | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14962 |
| 63 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:10 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 804 264-2007 | RICHMOND | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14964 |
| 64 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:10 | 0.3 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 203 598-0803 | WATERBURY | CT | 800 Interstate | Dedicated |  | FCI | G601ET | 16121 |
| 65 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:10 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 Interstate | Dedicated |  | FCI | G601ET | 21176 |
| 66 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:10 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 Interstate | Dedicated |  | FCI | G601ET | 21177 |
| 67 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:10 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 Interstate | Dedicated |  | FCI | G601ET | 21178 |
| 68 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:10 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 Interstate | Dedicated |  | FCI | G601ET | 21179 |
| 69 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:10 | 0.3 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 203 271-2625 | CHESHIRE | CT | 800 Interstate | Dedicated |  | FCI | G601ET | 23133 |
| 70 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:11 | 0.5 | 0.02 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14968 |
| 71 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:11 | 1 | 0.02 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14969 |
| 72 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:11 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14971 |
| 73 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:11 | 0.9 | 0.02 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14972 |
| 74 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:11 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14966 |
| 75 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:11 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 804 515-5823 | RICHMOND | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14967 |
| 76 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:11 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14973 |
| 77 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:11 | 0.9 | 0.02 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14974 |
| 78 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:11 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14976 |
| 79 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:11 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 Interstate | Dedicated |  | FCI | G601ET | 21180 |
| 80 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:12 | 0.9 | 0.02 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14983 |
| 81 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:12 | 0.9 | 0.02 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14984 |
| 82 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:12 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14985 |
| 83 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:12 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14975 |
| 84 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:12 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14977 |
| 85 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:12 | 0.9 | 0.02 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14979 |
| 86 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:12 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14980 |
| 87 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:12 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14981 |
| 88 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:12 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 804 264-2007 | RICHMOND | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14982 |
| 89 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:12 | 0.5 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14986 |
| 90 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:12 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14987 |
| 91 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:12 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 980 233-7000 | CHARLOTTE | NC | 800 Interstate | Dedicated |  | FCI | G601ET | 21181 |
| 92 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:13 | 0.9 | 0.02 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14988 |
| 93 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:13 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14994 |
| 94 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:13 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14993 |
| 95 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:13 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14995 |
| 96 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:13 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14996 |
| 97 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:13 | 0.7 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14997 |
| 98 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:13 | 0.9 | 0.02 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14998 |
| 99 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:13 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 14999 |
| 100 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:13 | 0.3 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 304 462-4985 | GLENVILLE | WV | 800 Interstate | Dedicated |  | FCI | G601ET | 15000 |
| 101 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:14 | 0.9 | 0.02 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 15001 |
| 102 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:14 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 15002 |
| 103 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:14 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 23756 |
| 104 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:14 | 0.2 | 0.02 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 15004 |
| 105 | 2010127023 | 866 829-1119 | No PAC | 8 | To | 4/30/2014 | 6:14 | 0.6 | 0.01 | 1 216 687-0000 | CLEVELAND | OH | 703 461-2898 | ALEXANDRIA | VA | 800 Interstate | Dedicated |  | FCI | G601ET | 15006 |