| | |
|---|---|
| 1 | HOMAN & STONE |
|   | Gene S. Stone, Esq. [SBN 162112] |
| 2 | 12 North Fifth Street |
|   | Redlands, California 92373 |
| 3 | (909) 307-9380 |
|   | (909) 793-0210 - Fax |
| 4 | L:\Bee vs. Capital Alliance Corp\PLEADINGS\NOTICE.CHANGE.HANDLING.ATTY.wpd: |
| 5 | Attorneys for Defendants, CAPITAL ALLIANCE CORPORATION and NARIN CHARANVATTANAKIT |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BEE, DENNING, INC., d/b/a PRACTICE PERFORMANCE GROUP, individually and on behalf of all others similarly situated, | ) ) ) ) | CASE NO.:   3:13-cv-02654-BAS-WVG  **NOTICE OF CHANGE OF HANDLING ATTORNEY** |
| Plaintiff, | ) ) | Complaint filed: 11/5/13 |
| vs. | ) ) | Honorable Cynthia A. Bashant |
| CAPITAL ALLIANCE GROUP and NARIN CHARANVATTANAKIT, | ) ) ) | |
| Defendants. | ) ) ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that effective immediately the handling attorney in the above-referenced case will be Gene S. Stone, in place of Timothy Q. Day.

HOMAN & STONE

BY: s/ Gene S. Stone
GENE S. STONE, Esq.
Email: gstone@homan-stone.com
12 North Fifth Street
Redlands, California 92373
Telephone: (909) 307-9380
Facsimile: (909) 793-0210

*Attorneys for Defendants*

3:13-cv-02654-BAS-WVG

<u>CERTIFICATE OF SERVICE</u>

I, Timothy Q. Day, hereby certify that on December 30, 2014, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Beth E. Terrell, Esq. | Stefan Coleman *(Pro Hac Vice)* |
| bterrell@tmdwlaw.com | LAW OFFICES OF STEFAN COLEMAN |
| Michael D. Daudt, Esq. | 201 South Biscayne Blvd. 28th Fl. |
| mdaudt@tmdwlaw.com | Miami, FL 33131 |
| Whitney B. Stark, Esq. | Phone: (877) 333-9427 |
| wstark@tmdwlaw.com | Fax: (888) 498-8946 |
| Mary Reiten | Attorneys for Plaintiff |
| mreiten@tmdwlaw.com | |
| TERRELL MARSHALL DAUDT & WILLIE PLLC | |
| 936 North 34th Street, Suite 300 | |
| Seattle, WA 98103-8869 | |
| Phone: (206) 816-6603 | |
| Fax:    (206) 358-3528 | |
| Attorneys for Plaintiff | |

DATED this 30th day of December, 2014.

                                          HOMAN & STONE

BY:   s/ Gene S. Stone
        GENE S. STONE, Esq.
        Email: gstone@homan-stone.com
        12 North Fifth Street
        Redlands, California 92373
        Telephone: (909) 307-9380
        Facsimile: (909) 793-0210

*Attorneys for Defendants*