UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE, DENNING, INC., *et al.*,<br><br>　　　　　　　Plaintiff,<br>v.<br>CAPITAL ALLIANCE GROUP, *et al.*,<br><br>　　　　　　　Defendants. | Civil No. 13-CV-2654-BAS (WVG)<br><br>ORDER VACATING ALL DATES IN CASE MANAGEMENT CONFERENCE ORDER |

　　　On April 7, 2014, the Court issued a Case Management Conference ("CMC") Order. (Doc. No. 17.) In its CMC Order, the Court set a briefing schedule for Plaintiffs' Motion for Class Certification, and ordered Plaintiffs' counsel to contact the undersigned's chambers to schedule a Status Conference on January 2, 2015, or within two business days after the Honorable Dana M. Sabraw, United State District Judge, issued a ruling on Plaintiffs' Motion for Class Certification. Id. at 3.

　　　On May 16, 2014, this case was transferred from the calendar of Judge Sabraw to the calendar of the Honorable Cynthia Bashant, United States District Judge. (Doc. No. 18.) The Order noted that all dates set before Judge Sabraw were vacated and would be reset by Judge Bashant. Id.

　　　**The Court hereby VACATES all dates set in the April 7, 2014, CMC Order** (Doc. No. 17), pending a ruling on Plaintiffs' Motion for Class Certification. Plaintiffs' counsel

shall contact the undersigned's chambers <u>within two business days</u> after Judge Bashant issues a ruling on Plaintiffs' Motion for Class Certification.  The Court will then hold a telephonic Status Conference and reset the dates for discovery, the mandatory settlement conference, pretrial conference, trial, and related dates.

IT IS SO ORDERED.

DATED: January 2, 2015

_____
Hon. William V. Gallo
U.S. Magistrate Judge