| | |
|---|---|
| 1 | HOMAN & STONE |
|   | Gene S. Stone, Esq. [SBN 162112] |
| 2 | Deanna M. Brown, Esq. [SBN 167003] |
|   | 12 North Fifth Street |
| 3 | Redlands, California 92373 |
|   | (909) 307-9380 |
| 4 | (909) 793-0210 - Fax |

L:\Bee vs. Capital Alliance Corp  1300.081\PLEADINGS\RESPONSE.EX.PARTE.RESPONSE.wpd:DMB:tmw

Attorneys for Defendants, CAPITAL ALLIANCE CORPORATION and NARIN CHARANVATTANAKIT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE, DENNING, INC., d/b/a PRACTICE PERFORMANCE GROUP, individually and on behalf of all others similarly situated, | CASE NO.:  3:13-cv-02654-BAS (WVG) |
|   | CASE NO.:  3:14-cv-2915-BAS (WVG) |
| Plaintiff, | **DEFENDANT'S RESPONSE TO COURT'S ORDERS OF APRIL 8, 2016 AND APRIL 14, 2016** |
| vs. | |
| CAPITAL ALLIANCE GROUP and NARIN CHARANVATTANAKIT, | |
| Defendants. | |
| DANIELA TORMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | |
| Plaintiffs, | |
| vs. | |
| CAPITAL ALLIANCE GROUP d/b/a CAPITAL ALLIANCE d/b/a BANKCAPITAL d/b/a BANKCAPITAL DIRECT d/b/a/ TRUSTED BANCORP, NARIN CHARANVATTANAKIT a/k/a NARAN CHARAN a/k/a CLAYTON HEATH, and JOHN DOES 1-10, | |
| Defendants. | |

/ / /

1   RESPONDENTS, CAPITAL ALLIANCE GROUP, et al, Defendants, hereby respond to the Court's Orders of April 8, 2016 and April 14, 2016.

With regard to the first Order of April 8, 2016, Respondents, Capital Alliance Group, et al., have no objection to the telephonic appearance to be made at the upcoming Settlement Conference by Counsel for Plaintiffs Torman. Defendants apologize for the oversight but find nothing in its file relative to receipt the Court's Order of April 8, 2016. The April 8, 2016 Order was researched, downloaded for the first time, yesterday, April 14, 2016. Counsel for Defendants confirm that the Order from the Court of April 8, 2016 was not received and therefore not intentionally disregarded.

On April 15, 2016, Counsel for Capital Alliance Group, Inc., telephonically, contacted Judge Gallo's chambers in response to the Court's Order of April 14, 2016, notifying the Court, by voicemail, that the April 8, 2016 order was not received by these Defendants, that Defendants have no objections to the Court's Order of April 8, 2016, and have no objection to Plaintiff Torman's appearances telephonically. Counsel for Defendants further notified the Court that this written Response to its Orders would be filed today.

DATED: April 15, 2016                 HOMAN & STONE

                                BY:   s/ Deanna M. Brown
                                      GENE S. STONE, Esq.
                                      DEANNA M. BROWN, Esq.
                                      Email: gstone@homan-stone.com
                                      12 North Fifth Street
                                      Redlands, California 92373
                                      Telephone: (909) 307-9380
                                      Facsimile: (909) 793-0210
                                      *Attorneys for Defendants*
                                      *CAPITAL ALLIANCE CORPORATION and NARIN CHARANVATTANAKIT*

CERTIFICATE OF SERVICE

I, Deanna M. Brown, hereby certify that on April 15, 2016, I electronically filed the foregoing **DEFENDANT'S RESPONSE TO COURT'S ORDERS OF APRIL 8, 2016 AND APRIL 14, 2016** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

SEE ATTACHED MAILING LIST.

DATED this 15th day of April, 2016.

          HOMAN & STONE

BY:    s/ Deanna M. Brown
        GENE S. STONE, Esq.
        DEANNA M. BROWN, Esq.
        Email: gstone@homan-stone.com
        12 North Fifth Street
        Redlands, California 92373
        Telephone: (909) 307-9380
        Facsimile: (909) 793-0210
        *Attorneys for Defendants*
        *CAPITAL ALLIANCE CORPORATION and*
        *NARIN CHARANVATTANAKIT*

**TORMAN v. CAPITAL ALLIANCE**

**MAILING LIST**

Beth E. Terrell, Esq.
bterrell@tmdwlaw.com
Michael D. Daudt, Esq.
mdaudt@tmdwlaw.com
Whitney B. Stark, Esq.
wstark@tmdwlaw.com
Mary Reiten
mreiten@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
Phone: (206) 816-6603
Fax:    (206) 358-3528
*Attorneys for Plaintiff, BEE, DENNING, INC., d/b/a PRACTICE PERFORMANCE GROUP, individually and on behalf of all others similarly situated*

Stefan Coleman *(Pro Hac Vice)*
LAW OFFICES OF STEFAN COLEMAN
201 South Biscayne Blvd. 28th Fl.
Miami, FL 33131
Phone: (877) 333-9427
Fax: (888) 498-8946
*Attorneys for Plaintiff, BEE, DENNING, INC., d/b/a PRACTICE PERFORMANCE GROUP, individually and on behalf of all others similarly situated*

Janine C. Prupas, Esq.
Snell & Wilmer, L.L.P.
50 W. Liberty St., Ste. 510
Reno, Nevada 89501
Phone: (775) 785-5440
Fax: (775) 785-5441
jprupas@swlaw.com
*(Co-Attorneys for Defendants)*

Candice E. Renka, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
Phone:  (702) 382-0711
Fax: (702) 382-5816
*(Attorneys for Plaintiff)*

Esfand Y. Nafisi, Esq.
Whitfield, Bryson & Mason, LLP
1625 Massachusetts Ave. NW Ste. 605
Washington, DC 20036
Phone: (202) 640-1167
*(Attorneys for Plaintiff)*

1  Gary E. Mason, Esq.
   Mason, LLP
2  1625 Massachusetts Ave., NW, Ste. 605
   Washington, DC 20036
3  Phone: (202) 429-2290
   *(Attorneys for Plaintiff)*
4
   Jason Rathod, Esq.
5  Whitfield, Bryson & Mason, LLP
   1625 Massachusetts Ave. NW, Ste. 605
6  Washington, DC 20036
   Phone: (202) 429-2290
7  Fax: (202) 429-2294
   *(Attorneys for Plaintiff)*
8
   Scott A. Marquis, Esq.
9  Marquis, Aurbach, Coffing
   10001 Park Run Dr.
10 Las Vegas, NV 89145
   Phone:  (702) 382-0711
11 Fax: (702) 382-5816
   Email: smarquis@maclaw.com
12 *(Attorneys for Plaintiff)*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28