1    Beth E. Terrell, CSB #178181
     Email: bterrell@terrellmarshall.com
2    TERRELL MARSHALL LAW GROUP PLLC
     936 North 34th Street, Suite 300
3    Seattle, Washington  98103-8869
     Telephone:  (206) 816-6603
4

5    [Additional counsel appear on signature page]

6
     *Attorneys for Plaintiffs*
7

8                  UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

10   BEE, DENNING, INC., d/b/a
     PRACTICE PERFORMANCE
11   GROUP; and GREGORY CHICK,
     individually and on behalf of all others         NO. 3:13-cv-02654-BAS-WVG
12   similarly situated,
                                                       **NOTICE OF MOTION AND**
13                                                     **PLAINTIFFS' MOTION FOR**
                         Plaintiffs,                   **PRELIMINARY APPROVAL OF**
14                                                     **CLASS ACTION SETTLEMENT**
              v.
15                                                     Complaint Filed:  11/5/13
     CAPITAL ALLIANCE GROUP; and
16   NARIN CHARANVATTANAKIT,                           DEMAND FOR JURY TRIAL
17
                         Defendants.                   Honorable Cynthia Bashant
18

19

20
                                                       DATE:          June 27, 2016
21                                                     TIME:
                                                       COURTROOM:  4B, 4th Fl. Schwartz
22

23
                                                       **NO ORAL ARGUMENT UNLESS**
24                                                     **REQUESTED BY THE COURT**

25

26
                                                       NOTICE OF MOTION AND
27                                                     PLAINTIFFS' MOTION FOR
                                                       PRELIMINARY APPROVAL OF CLASS
28                                                     ACTION SETTLEMENT
                              - 1 -                    3:13-cv-02654-BAS-WVG
                                                       3:14-cv-02915-JLS-MDD

1
2
3
4
5
6
7
8
9
10
11
12

DANIELA TORMAN, individually
and on behalf of all others similarly
situated,

      v.

CAPITAL ALLIANCE GROUP d/b/a
CAPITAL ALLIANCE d/b/a
BANKCAPITAL d/b/a
BANKCAPITAL DIRECT d/b/a
TRUSTED BANCORP, NARIN
CHARANVATTANAKIT a/k/a
NARAN CHARAN a/k/a CLAYTON
HEATH, and JOHN DOES 1-10,

      Defendants.

NO. 3:14-cv-02915-JLS-MDD

Honorable Janis L. Sammartino

13
14

TO:   ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF
      RECORD:

15
16
17
18
19

     PLEASE TAKE NOTICE that on Monday, June 27, 2016, or as soon
thereafter as can be heard, Plaintiffs Bee, Denning, Inc., Gregory Chick and
Daniela Torman will and hereby do move this Court for an order granting
preliminary approval of class action settlement. **No oral argument will be heard
unless requested by the Court.**

20
21

     This Motion is made pursuant to the Court's May 6, 2016 Minute Order.
*See* NO. 3:13-cv-02654-BAS-WVG, Dkt. No 70.

22
23
24

     This Motion is based upon this Notice of Motion, Motion and associated
Memorandum of Authorities and Declarations in support of Plaintiffs' Motion for
Preliminary Approval of Class Action Settlement.

25
26
27
28

NOTICE OF MOTION AND
PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT
3:13-cv-02654-BAS-WVG
3:14-cv-02915-JLS-MDD

1   RESPECTFULLY SUBMITTED AND DATED this 18th day of May,

2   2016.

3                          TERRELL MARSHALL LAW GROUP PLLC

4

5                          By:  /s/ Beth E. Terrell, CSB #178181
                                Beth E. Terrell, CSB #178181
6                               Email: bterrell@terrellmarshall.com
                                Mary B. Reiten, CSB #203412
7                               Email:  mreiten@terrellmarshall.com
                                936 North 34th Street, Suite 300
8                               Seattle, Washington  98103-8869
                                Telephone:  (206) 816-6603
9                               Facsimile:  (206) 319-5450
10

11

12                              Stefan Coleman
                                Email: law@stefancoleman.com
13                              LAW OFFICES OF STEFAN COLEMAN
                                201 South Biscayne Boulevard, 28th Floor
14                              Miami, Florida  33131
                                Telephone: (877) 333-9427
15                              Facsimile:  (888) 498-8946
16

17                              Daniel A. Edelman
                                Email:  dedelman@edcombs.com
18                              Cassandra P. Miller
                                Email:  cmiller@edcombs.com
19                              EDELMAN, COMBS, LATTURNER
                                   & GOODWIN, L.L.C.
20                              20 South Clark Street, Suite 1500
                                Chicago, Illinois  60603
21                              Telephone:  (312) 739-4200
                                Facsimile:  (312) 419-0379
22

23

24                          *Attorneys for Plaintiffs*

25

26                                     NOTICE OF MOTION AND
                                       PLAINTIFFS' MOTION FOR
27                                     PRELIMINARY APPROVAL OF CLASS
                                       ACTION SETTLEMENT
28                              - 3 -   3:13-cv-02654-BAS-WVG
                                       3:14-cv-02915-JLS-MDD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on May 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gene S. Stone, CSB #162112
Email: gstone@homan-stone.com
HOMAN & STONE
12 North Fifth Street
Redlands, California 92373
Telephone: (909) 307-9380
Facsimile: (909) 793-0210

Janine C. Prupas
Email: jprupas@swlaw.com
SNELL & WILMER, L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441

*Attorneys for Defendants*

Scott A. Marquis
Email: smarquis@maclaw.com
Candice E. Renka
Email: crenka@maclaw.com
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816

NOTICE OF MOTION AND
PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT
3:13-cv-02654-BAS-WVG
3:14-cv-02915-JLS-MDD

- 4 -

1   Gary E. Mason.
    Email:  gmason@wbmllp.com
2   WHITFIELD, BRYSON & MASON, LLP
    1625 Massachusetts Avenue NW, Suite 605
3   Washington, DC 20036
    Telephone: (202) 429-2290
4

5
    *Attorneys for Plaintiff Daniela Torman*
6
    DATED this 18th day of May, 2016.
7

8                       TERRELL MARSHALL LAW GROUP PLLC

9

10                      By:  /s/ Beth E. Terrell, CSB #178181
                            Beth E. Terrell, CSB #178181
11                          Email: bterrell@terrellmarshall.com
                            936 North 34th Street, Suite 300
12                          Seattle, Washington  98103-8869
                            Telephone:  (206) 816-6603
13                          Facsimile:  (206) 319-5450
14
                        *Attorneys for Plaintiffs*
15

16

17

18

19

20

21

22

23

24

25

26                                              NOTICE OF MOTION AND
27                                            PLAINTIFFS' MOTION FOR
                                           PRELIMINARY APPROVAL OF CLASS
28                                               ACTION SETTLEMENT
                            - 5 -                 3:13-cv-02654-BAS-WVG
                                                 3:14-cv-02915-JLS-MDD