Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE, DENNING, INC., d/b/a PRACTICE PERFORMANCE GROUP; and GREGORY CHICK, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>CAPITAL ALLIANCE GROUP; and NARIN CHARANVATTANAKIT,<br><br>          Defendants. | NO. 3:13-cv-02654-BAS-WVG<br><br>**DECLARATION OF CANDICE E. RENKA, ESQUIRE**<br><br>Complaint Filed:  11/5/13<br><br>Honorable Cynthia Bashant<br><br>DATE:              June 27, 2016<br>TIME:<br>COURTROOM:  4B, 4th Fl. Schwartz<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| DANIELA TORMAN, individually and on behalf of all others similarly situated,<br><br>     v.<br><br>CAPITAL ALLIANCE GROUP d/b/a CAPITAL ALLIANCE d/b/a BANKCAPITAL d/b/a BANKCAPITAL DIRECT d/b/a TRUSTED BANCORP, NARIN CHARANVATTANAKIT a/k/a NARAN CHARAN a/k/a CLAYTON HEATH, and JOHN DOES 1-10,<br><br>          Defendants. | NO. 3:14-cv-02915-JLS-MDD<br><br>Honorable Janis L. Sammartino |

## DECLARATION OF CANDICE E. RENKA, ESQ.

Candice E. Renka, declares as follows:

1. I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2. I am a Director with the law form of Marquis Aurbach Coffing, attorneys for Plaintiff Daniela Torman ("Torman") in this action. I am submitting this Declaration in Support of Plaintiffs' Motion for Preliminary Approval of Class Settlement (the "Motion").

3. I am licensed and in good standing to practice law in California and Nevada. In addition to being admitted to practice law before the Supreme Courts of Nevada and California, I am also admitted to practice law before the United States Court of Appeals for the Ninth Circuit, the United States Bankruptcy Court of the District of Nevada, and the United States District Courts of the Central, Eastern, and Southern Districts of California.

4. I was a law clerk to Justice Mark Gibbons of the Nevada Supreme Court, and since then have been practicing law for over 6 years. I regularly appear in Nevada's state and federal courts. I have substantial commercial litigation experience including large complex litigation cases and class actions. Specifically, I have and am currently prosecuting several class action and putative class action cases involving the TCPA. I also substantially assisted in the class settlement involving the Cosmopolitan resort litigation in Nevada State Court.

5. Marquis Aurbach Coffing has approximately 35 attorneys, several of which are partners with 20 or more years of litigation experience, including class actions. My firm and I am committed to providing all resources including time, staff, and costs necessary to litigate this case fully to its conclusion. I take my responsibility as class counsel seriously and will take all steps necessary to ensure the class is well represented and that the interests of the class are protected.

/ / /

/ / /

MAC:13813-001 2802235_1 5/18/2016 3:22 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of May, 2016.



CANDICE E. RENKA

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on May 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Gene S. Stone, CSB #162112
> Email: gstone@homan-stone.com
> HOMAN & STONE
> 12 North Fifth Street
> Redlands, California 92373
> Telephone: (909) 307-9380
> Facsimile: (909) 793-0210
>
> Janine C. Prupas
> Email: jprupas@swlaw.com
> SNELL & WILMER, L.L.P.
> 50 West Liberty Street, Suite 510
> Reno, Nevada 89501
> Telephone: (775) 785-5440
> Facsimile: (775) 785-5441
>
> *Attorneys for Defendants*
>
> Scott A. Marquis
> Email: smarquis@maclaw.com
> Candice E. Renka
> Email: crenka@maclaw.com
> MARQUIS AURBACH COFFING
> 10001 Park Run Drive
> Las Vegas, Nevada 89145
> Telephone: (702) 382-0711
> Facsimile: (702) 382-5816

- 4 -

DECLARATION OF CANDICE E.
RENKA, ESQUIRE
3:13-cv-02654-BAS-WVG
3:14-cv-02915-JLS-MDD

Gary E. Mason.
Email:  gmason@wbmllp.com
WHITFIELD, BRYSON & MASON, LLP
1625 Massachusetts Avenue NW, Suite 605
Washington, DC 20036
Telephone: (202) 429-2290

*Attorneys for Plaintiff Daniela Torman*

DATED this 18th day of May, 2016.

        TERRELL MARSHALL LAW GROUP PLLC

        By:  /s/ Beth E. Terrell, CSB #178181
            Beth E. Terrell, CSB #178181
            Email: bterrell@terrellmarshall.com
            936 North 34th Street, Suite 300
            Seattle, Washington  98103-8869
            Telephone:  (206) 816-6603
            Facsimile:  (206) 319-5450

*Attorneys for Plaintiffs*