Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Mary B. Reiten, CSB #203412
Email: mreiten@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE, DENNING, INC., d/b/a PRACTICE PERFORMANCE GROUP; and GREGORY CHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ALLIANCE GROUP; and NARIN CHARANVATTANAKIT,<br><br>Defendants. | NO. 3:13-cv-02654-BAS-WVG<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR COSTS AND INCENTIVE AWARDS**<br><br>Complaint Filed: 11/5/13<br><br>DEMAND FOR JURY TRIAL<br><br>Honorable Cynthia Bashant<br><br>DATE: November 14, 2016<br>TIME: 10:30 a.m.<br>COURTROOM: 4B, 4th Fl. Schwart |

| | |
|---|---|
| DANIELA TORMAN, individually and on behalf of all others similarly situated,<br><br>       v.<br><br>CAPITAL ALLIANCE GROUP d/b/a CAPITAL ALLIANCE d/b/a BANKCAPITAL d/b/a BANKCAPITAL DIRECT d/b/a TRUSTED BANCORP, NARIN CHARANVATTANAKIT a/k/a NARAN CHARAN a/k/a CLAYTON HEATH, and JOHN DOES 1-10,<br><br>       Defendants. | NO. 3:14-cv-02915-JLS-MDD<br><br>Honorable Janis L. Sammartino |

TO:   ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Bee Denning, Inc. and Gregory Chick will and hereby do move this Court for an order granting Plaintiffs' Motion for Costs and Incentive Awards.

This Motion is based upon this Notice of Motion, Motion and associated Memorandum of Authorities and Declaration in support of Plaintiffs' Motion for Costs and Incentive Awards.

RESPECTFULLY SUBMITTED AND DATED this 30th day of September, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, CSB #178181
    Beth E. Terrell, CSB #178181
    Email: bterrell@terrellmarshall.com
    Mary B. Reiten, CSB #203412
    Email: mreiten@terrellmarshall.com
    Adrienne D. McEntee, *Admitted Pro Hac Vice*
    Email: amcentee@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Stefan Coleman
    Email: law@stefancoleman.com
    LAW OFFICES OF STEFAN COLEMAN
    201 South Biscayne Boulevard, 28th Floor
    Miami, Florida 33131
    Telephone: (877) 333-9427
    Facsimile: (888) 498-8946

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on September 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Gene S. Stone, CSB #162112
>Email: gstone@homan-stone.com
>HOMAN & STONE
>12 North Fifth Street
>Redlands, California 92373
>Telephone: (909) 307-9380
>Facsimile: (909) 793-0210
>
>Janine C. Prupas
>Email: jprupas@swlaw.com
>SNELL & WILMER, L.L.P.
>50 West Liberty Street, Suite 510
>Reno, Nevada 89501
>Telephone: (775) 785-5440
>Facsimile: (775) 785-5441
>
>*Attorneys for Defendants*
>
>Scott A. Marquis
>Email: smarquis@maclaw.com
>Candice E. Renka
>Email: crenka@maclaw.com
>MARQUIS AURBACH COFFING
>10001 Park Run Drive
>Las Vegas, Nevada 89145
>Telephone: (702) 382-0711
>Facsimile: (702) 382-5816

|   |   |
|---|---|
| 1 | Gary E. Mason |
|   | Email:  gmason@wbmllp.com |
| 2 | WHITFIELD, BRYSON & MASON, LLP |
| 3 | 1625 Massachusetts Avenue NW, Suite 605 |
|   | Washington, DC 20036 |
| 4 | Telephone: (202) 429-2290 |

*Attorneys for Plaintiff Daniela Torman*

DATED this 30th day of September, 2016.

       TERRELL MARSHALL LAW GROUP PLLC


By: /s/ Beth E. Terrell, CSB #178181
   Beth E. Terrell, CSB #178181
   Email: bterrell@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington  98103-8869
   Telephone:  (206) 816-6603
   Facsimile:  (206) 319-5450

*Attorneys for Plaintiff*

NOTICE OF MOTION AND
PLAINTIFFS' MOTION FOR COSTS
AND INCENTIVE AWARDS
- 5 - 3:13-cv-02654-BAS-WVG
  3:14-cv-02915-JLS-MDD