Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Mary B. Reiten, CSB #203412
Email: mreiten@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 319-5450

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE, DENNING, INC., d/b/a PRACTICE PERFORMANCE GROUP; and GREGORY CHICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CAPITAL ALLIANCE GROUP; and NARIN CHARANVATTANAKIT,<br><br>    Defendants. | NO. 3:13-cv-02654-BAS-WVG<br><br>**PLAINTIFFS' MOTION FOR COSTS AND INCENTIVE AWARDS**<br><br>Complaint Filed:  11/5/13<br><br>DEMAND FOR JURY TRIAL<br><br>Honorable Cynthia Bashant<br><br>DATE:       November 14, 2016<br>TIME:        10:30 a.m.<br>COURTROOM:  4B, 4th Fl. Schwartz |

| | |
|---|---|
| DANIELA TORMAN, individually and on behalf of all others similarly situated,<br><br>    v.<br><br>CAPITAL ALLIANCE GROUP d/b/a CAPITAL ALLIANCE d/b/a BANKCAPITAL d/b/a BANKCAPITAL DIRECT d/b/a TRUSTED BANCORP, NARIN CHARANVATTANAKIT a/k/a NARAN CHARAN a/k/a CLAYTON HEATH, and JOHN DOES 1-10,<br><br>    Defendants. | NO. 3:14-cv-02915-JLS-MDD<br><br>Honorable Janis L. Sammartino |

## **TABLE OF CONTENTS**

**Page**

I.    INTRODUCTION .................................................................................1

II.   STATEMENT OF FACTS..................................................................1

III.  AUTHORITY AND ARGUMENT .....................................................2

      A.    Service Awards for the Class Representatives are Reasonable ........2

      B.    Plaintiffs' Requested Costs Are Reasonable......................................3

IV.  CONCLUSION .....................................................................................4

# TABLE OF AUTHORITIES

**Page**

*Harris v. Marhoefer*,
    24 F.3d 16 (9th Cir.1994) ................................................................................ 3

*Hartless v. Clorox Co.*,
    273 F.R.D. 630 (S.D. Cal. 2011) ..................................................................... 2

*In re Immune Response Sec. Litig.*,
    497 F. Supp. 2d 1166 (S.D. Cal. 2007) ........................................................... 4

*Jones v. Agilysys, Inc.*,
    Case No: C 12-03516 SBA,
    2014 WL 2090034 (N.D. Cal. May 19, 2014) ............................................... 2

*Lilly v. Jamba Juice*,
    No. 13–cv–2998–JST,
    2015 WL 2062858 (N.D. Cal. May 4, 2015) ................................................. 3

*McKenzie v. Fed. Exp. Corp.*,
    No. CV 10-02420 GAF PLAX,
    2012 WL 2930201 (C.D. Cal. July 2, 2012) .................................................. 3

*Pelletz v. Weyerhaeuser Co.*,
    592 F. Supp. 2d 1322, 1328 (W.D. Wash. 2009) ........................................... 2

*Richardson v. L'Oreal U.S.A., Inc.*,
    951 F.Supp.2d 104 (D.D.C. 2013) .................................................................. 3

*Riker v. Gibbons*,
    No. 3:08–cv–115–LRH–VPC,
    2010 WL 4366012 (D. Nev. Oct. 28, 2010) .................................................. 3

*Rodriguez v. West Publ'g Corp.*,
    563 F.3d 948 (9th Cir. 2009) .......................................................................... 2

*Staton v. Boeing Co.*,
    327 F.3d 928 (9th Cir. 2003) .......................................................................... 2

*Weeks v. Kellogg Co.*,
    No. CV 09-08102 MMM RZX,
    2013 WL 6531177 (C.D. Cal. Nov. 23, 2013) ............................................. 3

## FEDERAL RULES

Fed. R. Civ. P. 23(h) ....................................................................................... 3

## I. INTRODUCTION

Plaintiffs respectfully request the Court grant this motion and award (1) Class Counsel $22,096 in costs; and (2) incentive payments of $4,819 each to Plaintiffs Bee, Denning, Inc., Gregory Chick, and Daniela Torman.

## II. STATEMENT OF FACTS

In this consolidated class action lawsuit, Plaintiffs allege that Defendants Capital Alliance Group and Narin Charanvattanakit sent Plaintiffs and other similarly situated individuals unwanted, unauthorized, faxes advertising a short term business loan, and unwanted, unauthorized prerecorded messages on their cellular telephones. After years of litigation, including extensive discovery, and a settlement conference over which the Hon. Gallo presided, Plaintiffs and Defendants have entered into a Settlement Agreement which requires substantial injunctive relief, and provides for a fair, reasonable, and adequate resolution of the claims of Plaintiffs and the Settlement Classes in light of the large number of class members and Defendants' limited financial resources. *Id.*; Dkt. No. 71-3 ("Settlement Agreement").

Relevant to this motion, the Settlement Agreement provides that each of the three Plaintiffs will receive $4,819 (collectively, $14,457) for his or her statutory damages and services as representatives of the Class. Settlement Agreement ¶ 2.3. These awards will compensate Plaintiffs for their time and effort and for the risk they undertook in prosecuting this case. Additionally, Defendants have agreed to pay Class Counsel's costs in the amount of twenty-two thousand ninety-six dollars ($22,096). Settlement Agreement ¶ 2.4. These costs, which do not included the approximately $200,000 in attorneys' fees Class Counsel have incurred (and which are waived under the Settlement Agreement), were necessary to secure the resolution of this litigation. *Id.*

## III. AUTHORITY AND ARGUMENT

**A.     Service Awards for the Class Representatives are Reasonable**

Service awards (sometimes called "incentive" awards) compensating named plaintiffs for work done on behalf of the Settlement Class attempt to account for financial or reputational risks associated with litigation, and promote the public policy of encouraging individual plaintiffs to undertake the responsibility of representative lawsuits.  *See Rodriguez v. West Publ'g Corp.*, 563 F.3d 948, 958-959 (9th Cir. 2009); *Hartless v. Clorox Co.*, 273 F.R.D. 630, 646-47 (S.D. Cal. 2011) ("Incentive awards are fairly typical in class actions."); *Pelletz v. Weyerhaeuser Co.,* 592 F. Supp. 2d 1322, 1328 (W.D. Wash. 2009) ("The trial court has discretion to award incentives to the class representatives."). In reviewing whether an incentive award is appropriate, the court should take in account "the actions the plaintiff has taken to protect the interests of the class, the degree to which the class has benefitted from those action, … [and] the amount of time and effort the plaintiff expended in pursuing the litigation."  *Jones v. Agilysys, Inc.*, Case No: C 12-03516 SBA, 2014 WL 2090034, at *3 (N.D. Cal. May 19, 2014) (quoting *Staton v. Boeing Co.*, 327 F.3d 928, 977 (9th Cir. 2003)) (ellipses and internal marks in original).

Here, Class Counsel ask the Court to award service payments to the Class Representatives in the amount of $4,819 each.  These awards will compensate the Class Representatives for their time and effort in stepping forward to serve as proposed class representatives, assisting in the investigation, keeping abreast of the litigation, and meeting and communicating with Class Counsel on an ongoing basis regarding the progress of the litigation, settlement efforts, and settlement terms.  Terrell Decl. ¶ 2.  Ms. Bee and Mr. Chick also prepared for and sat for depositions, and Mr. Chick and a representative for Bee, Denning, Inc. appeared in Court for an early neutral evaluation.  *Id*.  The requested $4,819 awards are

reasonable under the circumstances, and well in line with awards approved by federal courts in this circuit. *See, e.g., McKenzie v. Fed. Exp. Corp.*, No. CV 10-02420 GAF PLAX, 2012 WL 2930201, at *11 (C.D. Cal. July 2, 2012) (approval of $5,000 service award); *Weeks v. Kellogg Co.,* No. CV 09-08102 MMM RZX, 2013 WL 6531177, at *37 (C.D. Cal. Nov. 23, 2013) (approving $5,000 incentive awards for each named plaintiffs even though their involvement was "relatively minimal and not particularly burdensome").

### B. Plaintiffs' Requested Costs Are Reasonable

An attorney is entitled to recover out-of-pocket expenses that would normally be charged to a fee paying client. *Harris v. Marhoefer*, 24 F.3d 16, 19 (9th Cir.1994) (citation omitted). "In a certified class action, the court may award reasonable attorney's fees and nontaxable costs that are authorized by law or by the parties' agreement." Fed. R. Civ. P. 23(h). An award of costs is appropriate when attorneys obtain injunctive relief for the class, even if there is no financial recovery for the class. *Lilly v. Jamba Juice*, No. 13–cv–2998–JST, 2015 WL 2062858 at *5 (N.D. Cal. May 4, 2015) (awarding reasonable costs in injunctive relief class); *Riker v. Gibbons*, No. 3:08–cv–115–LRH–VPC, 2010 WL 4366012, *7 (D. Nev. Oct. 28, 2010) (awarding costs based on parties' negotiated agreement); *Richardson v. L'Oreal U.S.A., Inc.*, 951 F.Supp.2d 104, 108 (D.D.C. 2013) (same).

Here, Defendants agreed to reimburse Class Counsel for their costs. Settlement Agreement ¶ 2.4. Class Counsel incurred out-of-pocket costs totaling $22,096.00, primarily to cover expenses related to filing fees, computerized legal research, investigation expenses, travel, mediation fees, and administrative costs such as copying, mailing, and messenger expenses. Terrell Decl. ¶ 4. Class Counsel put forward these out-of-pocket costs without assurance that they would ever be repaid. *Id*. These out-of-pocket costs were necessary to secure the

resolution of this litigation, and should be recouped. *See In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177-1178 (S.D. Cal. 2007) (finding that costs such as filing fees, photocopy costs, travel expenses, postage, telephone and fax costs, computerized legal research fees, and mediation expenses are relevant and necessary expenses in class action litigation).

## IV. CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that the Court grant this motion and award (1) Class Counsel $22,096 in costs; and (2) incentive payments of $4,819 each to Plaintiffs Bee, Denning, Inc., Gregory Chick, and Daniela Torman.

RESPECTFULLY SUBMITTED AND DATED this 30th day of September, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Mary B. Reiten, CSB #203412
Email: mreiten@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Stefan Coleman
Email: law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on September 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Gene S. Stone, CSB #162112
> Email: gstone@homan-stone.com
> HOMAN & STONE
> 12 North Fifth Street
> Redlands, California 92373
> Telephone: (909) 307-9380
> Facsimile: (909) 793-0210
>
> Janine C. Prupas
> Email:  jprupas@swlaw.com
> SNELL & WILMER, L.L.P.
> 50 West Liberty Street, Suite 510
> Reno, Nevada 89501
> Telephone:  (775) 785-5440
> Facsimile:  (775) 785-5441
>
> *Attorneys for Defendants*
>
> Scott A. Marquis
> Email:  smarquis@maclaw.com
> Candice E. Renka
> Email:  crenka@maclaw.com
> MARQUIS AURBACH COFFING
> 10001 Park Run Drive
> Las Vegas, Nevada 89145
> Telephone: (702) 382-0711
> Facsimile: (702) 382-5816

Gary E. Mason.
Email: gmason@wbmllp.com
WHITFIELD, BRYSON & MASON, LLP
1625 Massachusetts Avenue NW, Suite 605
Washington, DC 20036
Telephone: (202) 429-2290

*Attorneys for Plaintiff Daniela Torman*

DATED this 30th day of September, 2016.

        TERRELL MARSHALL LAW GROUP PLLC


By:  /s/ Beth E. Terrell, CSB #178181
    Beth E. Terrell, CSB #178181
    Email: bterrell@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington  98103-8869
    Telephone:  (206) 816-6603
    Facsimile:  (206) 319-5450

*Attorneys for Plaintiffs*