1  Beth E. Terrell, CSB #178181
   Email: bterrell@terrellmarshall.com
2  Mary B. Reiten, CSB #203412
   Email: mreiten@terrellmarshall.com
3  Adrienne D. McEntee, *Admitted Pro Hac Vice*
   Email: amcentee@terrellmarshall.com
4  TERRELL MARSHALL LAW GROUP PLLC
5  936 North 34th Street, Suite 300
   Seattle, Washington  98103-8869
6  Telephone:  (206) 816-6603
7  Facsimile:  (206) 319-5450
8
9  [Additional counsel appear on signature page]
10 *Attorneys for Plaintiffs*
11
12              UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
13
14 BEE, DENNING, INC., d/b/a          NO. 3:13-cv-02654-BAS-WVG
   PRACTICE PERFORMANCE
15 GROUP; and GREGORY CHICK,          **DECLARATION OF BETH E.**
   individually and on behalf of all others  **TERRELL IN SUPPORT OF**
16 similarly situated,                **PLAINTIFFS' MOTION FOR**
                                      **COSTS AND INCENTIVE**
17          Plaintiffs,               **AWARDS**
18      v.                            Complaint Filed:  11/5/13
19
   CAPITAL ALLIANCE GROUP; and        DEMAND FOR JURY TRIAL
20 NARIN CHARANVATTANAKIT,
21          Defendants.               Honorable Cynthia Bashant
22
                                      DATE:       November 14, 2016
23                                    TIME:       10:30 a.m.
24                                    COURTROOM:  4B, 4th Fl. Schwartz
25
26
27
28        DECLARATION OF BETH E. TERRELL IN SUPPORT OF
       PLAINTIFFS' MOTION FOR COSTS AND INCENTIVE AWARDS
                     - 1 -        3:13-cv-02654-BAS-WVG
                                  3:14-cv-02915-JLS-MDD

| | |
|---|---|
| DANIELA TORMAN, individually and on behalf of all others similarly situated,<br><br>          v.<br><br>CAPITAL ALLIANCE GROUP d/b/a CAPITAL ALLIANCE d/b/a BANKCAPITAL d/b/a BANKCAPITAL DIRECT d/b/a TRUSTED BANCORP, NARIN CHARANVATTANAKIT a/k/a NARAN CHARAN a/k/a CLAYTON HEATH, and JOHN DOES 1-10,<br><br>          Defendants. | NO. 3:14-cv-02915-JLS-MDD<br><br>Honorable Janis L. Sammartino |

I, Beth E. Terrell, declare as follows:

1.      I am a member of the law firm of Terrell Marshall Law Group PLLC ("TMLG"), counsel of record for Plaintiffs in this matter.  I am admitted to practice before this Court and am a member in good standing of the bars of the states of Washington and California.  I respectfully submit this declaration in support of Plaintiffs' motion for preliminary approval of the settlement of the above-captioned class action.

2.      Plaintiffs Bee, Denning, Inc., d/b/a Practice Performance Group, Gregory Chick, and Deniela Torman assisted in drafting the complaints and class certification briefing, assisted with providing information regarding their interactions with Defendants, and responded to discovery.  Ms. Bee and Mr. Chick also prepared for and sat for depositions, and Mr. Chick and a representative for Bee, Denning, Inc. appeared in Court for an early neutral evaluation.  Bee, Denning, Inc., d/b/a Practice Performance Group, Mr. Chick,

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFFS' MOTION FOR COSTS AND INCENTIVE AWARDS
- 2 -                3:13-cv-02654-BAS-WVG
3:14-cv-02915-JLS-MDD

and Ms. Torman will support the settlement regardless of whether the Court awards any incentive payment at all.

3. TMLG and Marquis Aurbach Coffing P.C. have incurred $22,096.00 in expenses, which includes filing fees, computerized legal research, investigation expenses, deposition fees, travel, mediation fees, and administrative costs such as copying, mailing, and messenger expenses.

| CATEGORY OF EXPENSE | TOTAL |
|---|---:|
| Accurint | $12.38 |
| Air Fare | $2,622.28 |
| FedEx | $235.39 |
| Filing Fees | $1,000.00 |
| Hotel | $2,495.02 |
| Meals | $218.83 |
| Mediation | $3,775.00 |
| Messenger/Process Server | $2,217.30 |
| PACER | $72.50 |
| Parking | $146.00 |
| Postage | $15.44 |
| Professional Fees | $4,929.38 |
| Reproductions & Scanning | $662.89 |
| Taxi & Rental Car | $353.47 |
| Transcripts | $1,287.45 |
| Westlaw | $2,052.67 |

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFFS' MOTION FOR COSTS AND INCENTIVE AWARDS
- 3 -                    3:13-cv-02654-BAS-WVG
                         3:14-cv-02915-JLS-MDD

| CATEGORY OF EXPENSE | TOTAL |
|---|---|
| TOTAL | $22,096.00 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington, this 30th day of September, 2016.

  /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFFS' MOTION FOR COSTS AND INCENTIVE AWARDS
- 4 -                    3:13-cv-02654-BAS-WVG
                         3:14-cv-02915-JLS-MDD

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on September 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Gene S. Stone, CSB #162112
> Email: gstone@homan-stone.com
> HOMAN & STONE
> 12 North Fifth Street
> Redlands, California 92373
> Telephone: (909) 307-9380
> Facsimile: (909) 793-0210
>
> Janine C. Prupas
> Email:  jprupas@swlaw.com
> SNELL & WILMER, L.L.P.
> 50 West Liberty Street, Suite 510
> Reno, Nevada 89501
> Telephone:  (775) 785-5440
> Facsimile:  (775) 785-5441
>
> *Attorneys for Defendants*
>
> Scott A. Marquis
> Email:  smarquis@maclaw.com
> Candice E. Renka
> Email:  crenka@maclaw.com
> MARQUIS AURBACH COFFING
> 10001 Park Run Drive
> Las Vegas, Nevada 89145
> Telephone: (702) 382-0711
> Facsimile: (702) 382-5816

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFFS' MOTION FOR COSTS AND INCENTIVE AWARDS
- 5 -
3:13-cv-02654-BAS-WVG
3:14-cv-02915-JLS-MDD

1   Gary E. Mason.
    Email:  gmason@wbmllp.com
2   WHITFIELD, BRYSON & MASON, LLP
    1625 Massachusetts Avenue NW, Suite 605
3   Washington, DC 20036
    Telephone: (202) 429-2290
4

5   *Attorneys for Plaintiff Daniela Torman*

6

7   DATED this 30th day of September, 2016.

8
                    TERRELL MARSHALL LAW GROUP PLLC
9

10
                    By:  /s/ Beth E. Terrell, CSB #178181
11                      Beth E. Terrell, CSB #178181
                        Email: bterrell@terrellmarshall.com
12                      936 North 34th Street, Suite 300
                        Seattle, Washington  98103-8869
13                      Telephone:  (206) 816-6603
                        Facsimile:  (206) 319-5450
14

15
                    *Attorneys for Plaintiffs*
16

17

18

19

20

21

22

23

24

25

26

27

28
    DECLARATION OF BETH E. TERRELL IN SUPPORT OF
    PLAINTIFFS' MOTION FOR COSTS AND INCENTIVE AWARDS
                    - 6 -                3:13-cv-02654-BAS-WVG
                                         3:14-cv-02915-JLS-MDD