1  Beth E. Terrell, CSB #178181
   Email: bterrell@terrellmarshall.com
2  Mary B. Reiten, CSB #203412
   Email: mreiten@terrellmarshall.com
3
   Adrienne D. McEntee, *Admitted Pro Hac Vice*
4  Email: amcentee@terrellmarshall.com
5  TERRELL MARSHALL LAW GROUP PLLC
   936 North 34th Street, Suite 300
6  Seattle, Washington  98103-8869
   Telephone:  (206) 816-6603
7

8  [Additional counsel appear on signature page]

9
   *Attorneys for Plaintiffs*
10

11              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
12

13 BEE, DENNING, INC., d/b/a                NO. 3:13-cv-02654-BAS-WVG
   PRACTICE PERFORMANCE
14 GROUP; and GREGORY CHICK,                **[PROPOSED] ORDER
   individually and on behalf of all others GRANTING PLAINTIFFS'
15 similarly situated,                      MOTION FOR COSTS AND
                                            INCENTIVE AWARDS**
16
                Plaintiffs,
17                                          Complaint Filed:  11/5/13
18      v.
                                            DEMAND FOR JURY TRIAL
19 CAPITAL ALLIANCE GROUP; and
   NARIN CHARANVATTANAKIT,                  Honorable Cynthia Bashant
20
                Defendants.
21                                          DATE:      November 14, 2016
22                                          TIME:      10:30 a.m.
                                            COURTROOM:  4B, 4th Fl. Schwartz
23

24

25

26

27                                     [PROPOSED] ORDER GRANTING
                                   PLAINTIFFS' MOTION FOR COSTS
28                                    AND INCENTIVE AWARDS
                              - 1 -         3:13-cv-02654-BAS-WVG
                                           3:14-cv-02915-JLS-MDD

1
2
3
4
5
6
7
8
9
10
11

DANIELA TORMAN, individually
and on behalf of all others similarly
situated,

        v.

CAPITAL ALLIANCE GROUP d/b/a
CAPITAL ALLIANCE d/b/a
BANKCAPITAL d/b/a
BANKCAPITAL DIRECT d/b/a
TRUSTED BANCORP, NARIN
CHARANVATTANAKIT a/k/a
NARAN CHARAN a/k/a CLAYTON
HEATH, and JOHN DOES 1-10,

        Defendants.

NO. 3:14-cv-02915-JLS-MDD

Honorable Janis L. Sammartino

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter coming before the Court on Plaintiffs' Motion for Costs and

Incentive Awards, and based upon the papers submitted to the Court and all of the

proceedings had in this matter to date, IT IS HEREBY ORDERED:

Plaintiffs' Motion for Costs and Incentive Awards is GRANTED.

IT IS SO ORDERED this ____ day of _____, 2016.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR COSTS
AND INCENTIVE AWARDS
- 2 -            3:13-cv-02654-BAS-WVG
                3:14-cv-02915-JLS-MDD

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on September 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gene S. Stone, CSB #162112
Email: gstone@homan-stone.com
HOMAN & STONE
12 North Fifth Street
Redlands, California 92373
Telephone: (909) 307-9380
Facsimile: (909) 793-0210

Janine C. Prupas
Email: jprupas@swlaw.com
SNELL & WILMER, L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441

*Attorneys for Defendants*

Scott A. Marquis
Email: smarquis@maclaw.com
Candice E. Renka
Email: crenka@maclaw.com
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR COSTS
AND INCENTIVE AWARDS
- 3 -                        3:13-cv-02654-BAS-WVG
3:14-cv-02915-JLS-MDD

1
2
3
4

Gary E. Mason.
Email:  gmason@wbmllp.com
WHITFIELD, BRYSON & MASON, LLP
1625 Massachusetts Avenue NW, Suite 605
Washington, DC 20036
Telephone: (202) 429-2290

5
6

*Attorneys for Plaintiff Daniela Torman*

7

DATED this 30th day of September, 2016.

8
9

TERRELL MARSHALL LAW GROUP PLLC

10
11

By:  /s/ Beth E. Terrell, CSB #178181

12
13
14
15

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 319-5450

16
17

*Attorneys for Plaintiffs*

18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR COSTS
AND INCENTIVE AWARDS
- 4 -         3:13-cv-02654-BAS-WVG
                   3:14-cv-02915-JLS-MDD