Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Mary B. Reiten, CSB #203412
Email: mreiten@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE, DENNING, INC., d/b/a PRACTICE PERFORMANCE GROUP; and GREGORY CHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ALLIANCE GROUP; and NARIN CHARANVATTANAKIT,<br><br>Defendants. | NO. 3:13-cv-02654-BAS-WVG<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: 11/5/13<br><br>DEMAND FOR JURY TRIAL<br><br>Honorable Cynthia Bashant<br><br>DATE: November 14, 2016<br>TIME: 10:30 a.m.<br>COURTROOM: 4B, 4th Fl. Schwartz |

NOTICE OF MOTION AND
PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION
SETTLEMENT
- 1 -   3:13-cv-02654-BAS-WVG
3:14-cv-02915-JLS-MDD

| | |
|---|---|
| DANIELA TORMAN, individually and on behalf of all others similarly situated,<br><br>v.<br><br>CAPITAL ALLIANCE GROUP d/b/a CAPITAL ALLIANCE d/b/a BANKCAPITAL d/b/a BANKCAPITAL DIRECT d/b/a TRUSTED BANCORP, NARIN CHARANVATTANAKIT a/k/a NARAN CHARAN a/k/a CLAYTON HEATH, and JOHN DOES 1-10,<br><br>Defendants. | NO. 3:14-cv-02915-JLS-MDD<br><br>Honorable Janis L. Sammartino |

TO:   ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, November 14, 2016, Plaintiffs Bee, Denning, Inc., Gregory Chick and Daniela Torman will and hereby do move this Court for an order granting final approval of class action settlement.

This Motion is made pursuant to the Court's July 21, 2016 Order Granting Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class. *See* Dkt. No 74.

This Motion is based upon this Notice of Motion, Motion and associated Memorandum of Authorities and Declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement.

- 2 -

NOTICE OF MOTION AND
PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION
SETTLEMENT
3:13-cv-02654-BAS-WVG
3:14-cv-02915-JLS-MDD

1 | RESPECTFULLY SUBMITTED AND DATED this 28th day of October, 2016.

2

3 | TERRELL MARSHALL LAW GROUP PLLC

4 | By: /s/ Adrienne D. McEntee
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Mary B. Reiten, CSB #203412
Email: mreiten@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Stefan Coleman
Email: law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Plaintiffs*

NOTICE OF MOTION AND
PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION
SETTLEMENT
- 3 -   3:13-cv-02654-BAS-WVG
3:14-cv-02915-JLS-MDD

<u>CERTIFICATE OF SERVICE</u>

I, Adrienne D. McEntee, hereby certify that on October 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Gene S. Stone, CSB #162112
> Email: gstone@homan-stone.com
> HOMAN & STONE
> 12 North Fifth Street
> Redlands, California 92373
> Telephone: (909) 307-9380
> Facsimile: (909) 793-0210
>
> Janine C. Prupas
> Email:  jprupas@swlaw.com
> SNELL & WILMER, L.L.P.
> 50 West Liberty Street, Suite 510
> Reno, Nevada 89501
> Telephone:  (775) 785-5440
> Facsimile:  (775) 785-5441
>
> *Attorneys for Defendants*
>
> Scott A. Marquis
> Email:  smarquis@maclaw.com
> Candice E. Renka
> Email:  crenka@maclaw.com
> MARQUIS AURBACH COFFING
> 10001 Park Run Drive
> Las Vegas, Nevada 89145
> Telephone: (702) 382-0711
> Facsimile: (702) 382-5816

- 4 -

NOTICE OF MOTION AND
PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION
SETTLEMENT
3:13-cv-02654-BAS-WVG
3:14-cv-02915-JLS-MDD

Gary E. Mason.
Email: gmason@wbmllp.com
WHITFIELD, BRYSON & MASON, LLP
1625 Massachusetts Avenue NW, Suite 605
Washington, DC 20036
Telephone: (202) 429-2290

*Attorneys for Plaintiff Daniela Torman*

DATED this 28th day of October, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Adrienne D. McEntee
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*

- 5 -

NOTICE OF MOTION AND
PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION
SETTLEMENT
3:13-cv-02654-BAS-WVG
3:14-cv-02915-JLS-MDD